# EXHIBIT A

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-290-939

**Effective Date of Registration:**
March 16, 2022
**Registration Decision Date:**
March 17, 2022

---

## Title
_____

**Title of Work:**   Crackers the Cockatrice

## Completion/Publication
_____

**Year of Completion:**   2011
**Date of 1st Publication:**   July 29, 2011
**Nation of 1ˢᵗ Publication:**   United States

## Author
_____

- **Author:**   Bad Dragon Enterprises, Inc.
  **Author Created:**   sculpture
  **Work made for hire:**   Yes
  **Citizen of:**   United States
  **Domiciled in:**   United States

## Copyright Claimant
_____

**Copyright Claimant:**   Bad Dragon Enterprises, Inc.
16845 N 29th Avenue, Ste #1, Phoenix, AZ, 85053, United States

## Rights and Permissions
_____

**Organization Name:**   RM Warner, PLC
**Name:**   Michael B. Dvoren
**Email:**   michael@rmwarnerlaw.com
**Telephone:**   (480)331-9397
**Alt. Telephone:**   (602)635-6882
**Address:**   8283 N. Hayden Rd. Suite 229
Scottsdale, AZ 85258 United States

Page 1 of 2

## Certification

| | |
|---|---|
| **Name:** | Michael B. Dvoren |
| **Date:** | March 16, 2022 |

**Correspondence:**   Yes