# EXHIBIT C

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-381-597**

**Effective Date of Registration:**
February 05, 2024

**Registration Decision Date:**
February 06, 2024



## Title

**Title of Work:** Kelvin the Ice Dragon

## Completion/Publication

**Year of Completion:** 2014
**Date of 1st Publication:** March 21, 2014
**Nation of 1st Publication:** United States

## Author

- **Author:** Robert Higgins
  **Author Created:** sculpture
  **Work made for hire:** No
  **Citizen of:** not known
  **Domiciled in:** United States
  **Year Born:** 1991

## Copyright Claimant

**Copyright Claimant:** Bad Dragon Enterprises, Inc.
16845 N 29th Avenue, Ste #1, Phoenix, AZ, 85053, United States
**Transfer statement:** By written agreement

## Rights and Permissions

**Organization Name:** RM Warner, PLC
**Name:** Michael Dvoren
**Email:** michael@rmwarnerlaw.com
**Telephone:** (602)635-6882
**Alt. Telephone:** (480)331-9397
**Address:** 8283 N. Hayden Rd., Suite 229

Scottsdale, AZ 85258 United States

## Certification

**Name:** Michael Dvoren
**Date:** February 05, 2024

**Correspondence:** Yes
**Copyright Office notes:** Basis for Registration: Sculptural features identified separately from and capable of existing independently of the utilitarian aspects of a useful article.