# EXHIBIT E

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-381-697**

**Effective Date of Registration:**
February 07, 2024
**Registration Decision Date:**
February 07, 2024



## Title

| | |
|---|---|
| **Title of Work:** | Razor the Doberman |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2019 |
| **Date of 1st Publication:** | October 11, 2019 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Bad Dragon Enterprises, Inc. |
| **Author Created:** | sculpture |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |
| **Domiciled in:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Bad Dragon Enterprises, Inc. |
| | 16845 N 29th Avenue, Ste #1, Phoenix, AZ, 85053, United States |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | RM Warner, PLC |
| **Name:** | Michael Dvoren |
| **Email:** | michael@rmwarnerlaw.com |
| **Telephone:** | (602)635-6882 |
| **Alt. Telephone:** | (480)331-9397 |
| **Address:** | 8283 N. Hayden Rd., Suite 229 |
| | Scottsdale, AZ 85258 United States |

## Certification

**Name:** Michael Dvoren
**Date:** February 07, 2024

---

**Correspondence:** Yes
**Copyright Office notes:** Regarding basis for registration: Sculptural features identified separately from and capable of existing independently of the utilitarian aspects of a useful article.