# EXHIBIT H

**Registration #:**   VA0002275641
**Service Request #:**   1-10974298761



Jaburg Wilk
Michael B. Dvoren
3200 N. Central Ave., Suite 2000
Phoenix, AZ 85012 United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*
United States Register of Copyrights and Director

**Registration Number**
**VA 2-275-641**
**Effective Date of Registration:**
November 12, 2021
**Registration Decision Date:**
November 16, 2021

## Title

Title of Work: IKA

## Completion/Publication

Year of Completion: 2016
Date of 1st Publication: October 19, 2016
Nation of 1st Publication: United States

## Author

- Author: Bad Dragon Enterprises, Inc.
  Author Created: sculpture
  Work made for hire: Yes

## Copyright Claimant

Copyright Claimant: Bad Dragon Enterprises, Inc.
16845 N 29th Avenue, Ste #1, Phoenix, AZ, 85053, United States

## Rights and Permissions

Name: Michael B. Dvoren
Email: mbd@jaburgwilk.com
Telephone: (602)248-1000

## Certification

Name: Michael B. Dvoren
Date: November 12, 2021

**Correspondence:** Yes