# EXHIBIT I

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-290-931

**Effective Date of Registration:**
March 16, 2022
**Registration Decision Date:**
March 17, 2022

## Title

        **Title of Work:**  Nocturne The Enderfang

## Completion/Publication

     **Year of Completion:**  2016
  **Date of 1st Publication:**  August 29, 2016
**Nation of 1st Publication:**  United States

## Author

-               **Author:**  Bad Dragon Enterprises, Inc.
       **Author Created:**  sculpture
   **Work made for hire:**  Yes
           **Citizen of:**  United States
         **Domiciled in:**  United States

## Copyright Claimant

  **Copyright Claimant:**  Bad Dragon Enterprises, Inc.
                            16845 N 29th Avenue, Ste #1, Phoenix, AZ, 85053, United States

## Rights and Permissions

    **Organization Name:**  RM Warner, PLC
                **Name:**  Michael B. Dvoren
                 **Email:**  michael@rmwarnerlaw.com
           **Telephone:**  (480)331-9397
    **Alt. Telephone:**  (602)635-6882
               **Address:**  8283 N. Hayden Rd., Suite 229
                              Scottsdale, AZ 85258 United States

## Certification

**Name:** Michael B. Dvoren
**Date:** March 16, 2022

**Correspondence:** Yes