# EXHIBIT J

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-381-851**

**Effective Date of Registration:**
February 07, 2024

**Registration Decision Date:**
February 08, 2024



## Title

        **Title of Work:** Vergil the Drippy Dragon

## Completion/Publication

        **Year of Completion:** 2012
   **Date of 1st Publication:** August 23, 2012
**Nation of 1st Publication:** United States

## Author

-           **Author:** Bad Dragon Enterprises, Inc.
      **Author Created:** sculpture
  **Work made for hire:** Yes
          **Citizen of:** United States
        **Domiciled in:** United States

## Copyright Claimant

  **Copyright Claimant:** Bad Dragon Enterprises, Inc.
                         16845 N 29th Avenue, Ste #1, Phoenix, AZ, 85053, United States

## Rights and Permissions

    **Organization Name:** RM Warner, PLC
                  **Name:** Michael Dvoren
                  **Email:** michael@rmwarnerlaw.com
           **Telephone:** (602)635-6882
     **Alt. Telephone:** (480)331-9397
                **Address:** 8283 N. Hayden Rd., Suite 229
                             Scottsdale, AZ 85258 United States

Page 1 of 2

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-381-851**

**Effective Date of Registration:**
February 07, 2024
**Registration Decision Date:**
February 08, 2024



## Title

| | |
|---|---|
| **Title of Work:** | Vergil the Drippy Dragon |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2012 |
| **Date of 1st Publication:** | August 23, 2012 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Bad Dragon Enterprises, Inc. |
| **Author Created:** | sculpture |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |
| **Domiciled in:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Bad Dragon Enterprises, Inc. |
| | 16845 N 29th Avenue, Ste #1, Phoenix, AZ, 85053, United States |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | RM Warner, PLC |
| **Name:** | Michael Dvoren |
| **Email:** | michael@rmwarnerlaw.com |
| **Telephone:** | (602)635-6882 |
| **Alt. Telephone:** | (480)331-9397 |
| **Address:** | 8283 N. Hayden Rd., Suite 229 |
| | Scottsdale, AZ 85258 United States |

Page 1 of 2