# EXHIBIT N

| Exhibit | Plaintiff's Infringed Work | Defendant's Infringing Product |
|---|---|---|
| A | Crackers The Cockatrice® (https://bad-dragon.com/products/crackers) | Asmodeus (https://sinsaint.com/dildos/asmodeus-silicone-sex-toy) |
| B | Fenrir™ (https://bad-dragon.com/products/fenrir) | Astaroth (https://sinsaint.com/dildos/astaroth-silicone-fantasy-toy-dildo) |
| C | Kelvin™ (https://bad-dragon.com/products/kelvin) | Behemoth (https://sinsaint.com/dildos/behemoth-silicone-cock-toy) |
| D | Pretzal™ (https://da6npmvqm28oa.cloudfront.net/8898e549-5405-4d2a-b34b- 9edd0a5d7c00.jpg) | Cobra (https://sinsaint.com/dildos/cobra-silicone-sex-dragon-toy) |
| E | Razor™ (https://bad-dragon.com/products/razor) | Crane (https://sinsaint.com/dildos/crane-silicone-adult-toy) |
| F | Stan The T. Rex® (https://bad-dragon.com/products/stan) | Gaur (https://sinsaint.com/dildos/gaur-silicone-toy) |
| G | Spritz™ (https://bad-dragon.com/products/spritz) | Idyll (https://sinsaint.com/dildos/idyll-silicone-novelties-toy) |
| H | Ika® (https://bad-dragon.com/products/ika) | Lao (https://sinsaint.com/dildos/lao-silicone-adult-fantasy-toy) |
| I | Nocturne The Enderfang® (https://bad-dragon.com/products/nocturne) | Monarch (https://sinsaint.com/dildos/monarch-silicone-orgasms-toy) |
| J | Vergil™ (https://bad-dragon.com/products/vergil) | Ogle (https://sinsaint.com/dildos/ogle-silicone-adult-fantasy-toy) |
| K | Marcel® (https://bad-dragon.com/products/marcel) | Sauron (https://sinsaint.com/dildos/sauron-silicone-pleasure-toy) |
| L | Echo's Horn® (https://bad-dragon.com/products/echohorn) | Tomee (https://sinsaint.com/dildos/tomee-silicone-exotic-toy) |
| M | Tyson™ (https://bad-dragon.com/products/tyson) | Willy (https://sinsaint.com/dildos/willy-silicone-fantasy-toy) |