**RM WARNER, PLC**
8283 N. Hayden Road, Suite 229
Scottsdale, Arizona 85258
Michael B. Dvoren, Esq. (AZ Bar # 027386)
Email: Michael@rmwarnerlaw.com
Raeesabbas Mohamed, Esq. (AZ Bar #027418)
Email: Raees@rmwarnerlaw.com
Gideon Esakoff, Esq. (AZ Bar # 037490)
Email: Gideon@rmwarnerlaw.com
Tel: 480-331-9397
Fax: 1-866-961-4984
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Bad Dragon Enterprises, Inc., a Nevada Corporation,<br><br>Plaintiff,<br><br>v.<br><br>SinSaint, Inc., a New York Corporation<br><br>Defendant. | Case No.<br><br>**CORPORATE DISCLOSURE STATEMENT** |

This Corporate Disclosure Statement is filed on behalf of Plaintiff, Bad Dragon Enterprises, Inc., a Nevada Corporation, in compliance with the provisions of: (check one)

　　X　　Rule 7.1, Federal Rules of Civil Procedure, a nongovernmental corporate party to an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

　　＿＿＿＿＿　　Rule 12.4(a)(1), Federal Rule of Criminal Procedure, any nongovernmental corporate party to a proceeding in a district court must file a statement

that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

_____         Rule 12.4(a)(2), Federal Rule of Criminal Procedure, if an organizational victim of alleged criminal activity is a corporation the government must file a statement identifying the victim and the statement must also disclose the information required by Rule 12.4(a)(1).

**The filing party hereby declares as follows:**

  X         No such corporation.

_____         Party is a parent, subsidiary or other affiliate of a publicly owned corporation listed below.  *(Attach additional pages if needed.)*

_____ Relationship _____

_____         Publicly held corporation, not a party to the case, with a financial interest in the outcome.  List identity of corporation and the nature of financial interest. (Attach additional pages if needed.)

_____Relationship_____

_____         Other (please explain)

**A supplemental disclosure statement will be filed upon any change in the information provided herein.**

*///*

2

DATED this 20th day of March 2024.

                                              **RM WARNER, PLC**

By:   /s/ Michael B. Dvoren, Esq.
        Michael B. Dvoren, Esq.
        Raeesabbas Mohamed, Esq.
        Gideon Esakoff, Esq.
        8283 N. Hayden Road Suite 229
        Scottsdale, Arizona 85258
        *Attorneys for Plaintiff*

**RM WARNER, PLC**
8283 N. Hayden Road, Suite 229
Scottsdale, Arizona 85258
Telephone: (480) 331-9397

3