**RM WARNER, PLC**
8283 N. Hayden Road, Suite 229
Scottsdale, Arizona 85258
Michael B. Dvoren, Esq. (AZ Bar # 027386)
Email: Michael@rmwarnerlaw.com
Raeesabbas Mohamed, Esq. (AZ Bar #027418)
Email: Raees@rmwarnerlaw.com
Tel: 480-331-9397
Fax: 1-866-961-4984
*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Bad Dragon Enterprises, Inc., a Nevada Corporation, <br><br> Plaintiff, <br><br> v. <br><br> SinSaint, Inc., a New York Corporation, <br><br> Defendant. | Case No. 2:24-cv-00609-JFM <br><br> **NOTICE OF DISASSOCIATION OF COUNSEL** |

The law firm of RM Warner, PLC gives notice that Gideon Esakoff is no longer associated with the law firm of RM Warner and should be removed as counsel of record for Plaintiff Bad Dragon Enterprises, Inc., ("Plaintiff"). Plaintiff continues to be represented by Michael B. Dvoren, Esq. and Raeesabbas Mohamed, Esq. of RM Warner, PLC. All future correspondence, notices, and information should continue to be addressed and directed to:

/ / /

/ / /

1

**RM WARNER, PLC**
Michael B. Dvoren, Esq.
Michael@rmwarnerlaw.com
Raeesabbas Mohamed, Esq.
raees@rmwarnerlaw.com
8283 N. Hayden Road, Suite 229
Scottsdale, Arizona 85258


Respectfully Submitted this 19th day of April, 2024.

                **RM WARNER, PLC**

By:   /s/ Michael B. Dvoren
        Michael B. Dvoren, Esq.
        Raeesabbas Mohamed, Esq.

*Attorneys for Plaintiff*