# EXHIBIT 1

**RM WARNER, PLC**
8283 N. Hayden Road, Suite 229
Scottsdale, Arizona 85258
Michael B. Dvoren, Esq. (AZ Bar # 027386)
Email: Michael@rmwarnerlaw.com
Raeesabbas Mohamed, Esq. (AZ Bar #027418)
Email: Raees@rmwarnerlaw.com
Tel: 480-331-9397
Fax: 1-866-961-4984
*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Bad Dragon Enterprises, Inc., a Nevada Corporation, <br><br> Plaintiff, <br><br> v. <br><br> SinSaint, Inc., a New York Corporation <br> Defendant. | No. 2:24-cv-00609-SRB <br><br> **DECLARATION OF MICHAEL SULLIVAN** |

I, Michael Sullivan, hereby declare, pursuant to 28 U.S.C. § 1746, that:

1.     I am over the age of 18, have personal knowledge of all matters set forth herein, and could and would testify competently thereto if called as a witness.

2.     I submit this declaration in support of Plaintiff Bad Dragon Enterprises, Inc.'s ("**Bad Dragon**") response in opposition to Defendant SinSaint, Inc.'s ("**SinSaint**") Motion to Dismiss for Lack of Personal Jurisdiction and Improper Venue or to Transfer (Doc. 20).

3.     Bad Dragon is a Nevada corporation that was incorporated in 2008.

4.     Bad Dragon's principal place of business since 2009 has been Phoenix, Arizona.

5.      Bad Dragon is an industry-leading developer, manufacturer, and seller of adult entertainment products, including its extensive line of fantasy-themed sex toys.

6.      Bad Dragon has obtained numerous copyright registrations for the unique, original sculptural design elements embodied in many of its sex toy products, including the 13 copyrighted works at issue in this lawsuit.

7.      I am an employee and officer of Bad Dragon, where I currently serve as Bad Dragon's Chief Financial Officer ("**CFO**").

8.      Prior to serving as CFO, I served as Bad Dragon's General Manager.

9.      I have been employed by Bad Dragon full time since October of 2015.

10.     I have nine years of experience working in the adult products industry, including extensive experience in advertising, sales, product development, finances, and business operations.

### SinSaint's Asserted Numbers of Sales and Orders

11.     I have carefully reviewed Oleg Semenenko's declaration (Doc. 20-1) and Exhibit A thereto.

12.     After reviewing that declaration and exhibit, and based on the reasons stated below, I've concluded that it is very unlikely SinSaint's revenue "from the date of incorporation to the present, has been less than $5,000," or that Exhibit A to Mr. Semenenko's declaration is an accurate or complete record of all of SinSaint's sales and orders from May of 2023 to April of 2024. *See* Doc. 20-1 ¶¶ 4, 19-20, 28, Exhibit A.

13.     This conclusion is based on my review of SinSaint's website, its social media presence and posts, its use of online influencers to promote its products, online reviews of its products, the length of time it has been in business, and its conspicuous attendance at the January, 2024 AVN awards and convention in Las Vegas (where SinSaint rented two large tables on the convention floor).  Given that the AVN awards is the U.S. adult industry's premier sales convention and award show, the publicity and

exposure SinSaint received from this event alone would have led to significantly more sales than the "less than ten orders" total that Mr. Semenenko claims in his declaration. Doc. 20-1 ¶ 27.

14.    This conclusion is also based on the fact that SinSaint's "Octopus" product was nominated for "Best Sex Toy" at the 2024 "AltStar Awards aka AltPorn Awards" in Las Vegas. *See* https://altporn.net/news/2024/04/25/2024-altstarawards-nominees/. Given that there are currently over 200 different companies selling products in the fantasy sex toy niche alone, I find this to be an incredible feat for a company claiming to have such low sales and so few completed orders.

15.    This conclusion is also based on my discussions regarding the above with key members of Bad Dragon's sales team, each of whom have many years of experience in the adult products industry.

16.    This conclusion is also based on my nine years of experience in the adult products industry, including my experience examining the sales volumes and business operations of a number of Bad Dragon's direct competitors.

17.    This conclusion is also based on Bad Dragon's justifiable distrust of SinSaint's assertions regarding its supposedly low sales and order numbers, which have been inconsistent and contradictory to date.

18.    For example, SinSaint's lawyer, Jason Lattimore, asserted in an April 29, 2024 letter to Bad Dragon's lawyer, Michael Dvoren, that "[t]here are records of only seven completed orders in the company's entire history, excluding test orders by the owner. Of those seven orders, just one involved an accused product (Lao), and that order was canceled and refunded."

19.    This representation regarding the Lao product is also in Mr. Semenenko's declaration. *See* Doc. 20-1 ¶ 27 ("SinSaint had less than ten orders of any products … during the time it offered the Accused Products for sale. Of those orders, just one involved

an Accused Product (Lao), and that order was canceled and refunded.").

20.    Later, on June 21, 2024, Mr. Lattimore sent an email to Mr. Dvoren, which included the admission that "on further investigation," SinSaint had also identified "cash sales to individuals at the AVN show," including "one Astaroth and one Loa at approximately $100 each." The Astaroth and the Loa products are 2 of the 13 accused products at issue in this lawsuit.  *See* Doc. 1, Complaint ¶ 15(b), (h).

21.    That June 21, 2024 email also attached screenshots showing that SinSaint made additional revenue through https://www.etsy.com/, which is also materially omitted from Mr. Semenenko's declaration.

22.    These material omissions and inconsistencies in SinSaint's reporting of its own orders and sales, along with the other factors discussed above, call the veracity and completeness of Mr. Semenenko's assertions and documents in Doc. 20-1 into serious doubt.

23.    Based on the above, I believe it is very likely SinSaint has made additional product sales that were omitted from Mr. Semenenko's declaration, including sales of accused product to Arizona customers.

### SinSaint's Use of GoDaddy.com and Domains by Proxy, LLC

24.    On September 10, 2024, I performed a search for the domain name "sinsaint.com" on GoDaddy.com's public "WHOIS Domain Lookup" webpage, currently found at https://www.godaddy.com/whois.

25.    An accurate and complete print out of the "WHOIS search results" obtained from that September 10, 2024 search, is attached to this Declaration as **Exhibit A**.

26.    As Exhibit A shows, the current "Registrar" for the sinsaint.com domain name is "GoDaddy.com, LLC."  *See id.*

27.    As Exhibit A also shows, the current "Registrant Name" for the sinsaint.com domain name is "Registration Private," and the "Registrant Organization"

is "Domains By Proxy, LLC." *See id.*

28.    On September 11, 2024, I located and reviewed portions of GoDaddy.com's "Universal Terms of Service Agreement", which is currently found at https://www.godaddy.com/legal/agreements.

29.    An accurate and complete print out of GoDaddy.com's Universal Terms of Service Agreement is attached to this Declaration as **Exhibit B**.

30.    As Section 23(N) of Exhibit B states, GoDaddy.com's Universal Terms of Service Agreement requires users of its services to resolve certain disputes with GoDaddy exclusively in "the Superior Court of Maricopa County, Arizona, or the United States District Court for the District of Arizona."

31.    Also on September 11, 2024, I located and reviewed portions of GoDaddy.com's "Domain Name Proxy Agreement", which is currently found at https://www.godaddy.com/legal/agreements/domain-name-proxy-agreement.

32.    An accurate and complete print out of GoDaddy.com's Domain Name Proxy Agreement is attached to this Declaration as **Exhibit C**.

33.    As Section 10(b) of Exhibit C states, GoDaddy.com's Domain Name Proxy Agreement requires users of Domains By Proxy, LLC's services to agree that "any action relating to or arising out of this Agreement, shall be brought exclusively in the courts of Maricopa County, Arizona."

34.    As Section 10(b) of Exhibit C also states, GoDaddy.com's Domain Name Proxy Agreement requires users of Domains By Proxy, LLC's services to further agree that with respect to "domain name registration disputes", including those with third parties, users "agree to submit to the exclusive jurisdiction and venue of the U.S. District Court for the District of Arizona located in Phoenix, Arizona."

35.    Based at least on everything I have asserted in this Declaration, Bad Dragon justifiably seeks jurisdictional discovery from SinSaint to determine what other

jurisdictional connections SinSaint may have to Arizona.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 11, 2024.

_Michael Sullivan_
Michael Sullivan

# EXHIBIT A

 GoDaddy       

# Search the WHOIS Database

| sinsaint.com | Search |
|---|---|

⊘ **sinsaint.com is taken**

We still might be able to get it for you.

See How

Broker Service Fee ⑦

**$119.99**



**Add to Cart**

# WHOIS search results

Domain Name: sinsaint.com
Registry Domain ID: 2670440745_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: https://www.godaddy.com
Updated Date: 2024-01-24T13:05:26Z
Creation Date: 2022-01-23T16:02:33Z
Registrar Registration Expiration Date: 2025-01-23T16:02:33Z
Registrar: GoDaddy.com, LLC
Registrar IANA ID: 146
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: +1.4806242505
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: clientUpdateProhibited https://icann.org/epp#clientUpdateProhibited
Domain Status: clientRenewProhibited https://icann.org/epp#clientRenewProhibited
Domain Status: clientDeleteProhibited https://icann.org/epp#clientDeleteProhibited
Registry Registrant ID: Not Available From Registry
Registrant Name: Registration Private
Registrant Organization: Domains By Proxy, LLC
Registrant Street: DomainsByProxy.com
Registrant Street: 100 S. Mill Ave, Suite 1600
Registrant City: Tempe
Registrant State/Province: Arizona

Registrant Postal Code: 85281
Registrant Country: US
Registrant Phone: +1.4806242599
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: Select Contact Domain Holder link at https://www.godaddy.com/whois/
results.aspx?domain=sinsaint.com
Registry Admin ID: Not Available From Registry
Admin Name: Registration Private
Admin Organization: Domains By Proxy, LLC
Admin Street: DomainsByProxy.com
Admin Street: 100 S. Mill Ave, Suite 1600
Admin City: Tempe
Admin State/Province: Arizona
Admin Postal Code: 85281
Admin Country: US
Admin Phone: +1.4806242599
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: Select Contact Domain Holder link at https://www.godaddy.com/whois/
results.aspx?domain=sinsaint.com
Registry Tech ID: Not Available From Registry
Tech Name: Registration Private
Tech Organization: Domains By Proxy, LLC
Tech Street: DomainsByProxy.com
Tech Street: 100 S. Mill Ave, Suite 1600
Tech City: Tempe
Tech State/Province: Arizona
Tech Postal Code: 85281
Tech Country: US
Tech Phone: +1.4806242599
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: Select Contact Domain Holder link at https://www.godaddy.com/whois/
results.aspx?domain=sinsaint.com
Name Server: ELIAS.NS.CLOUDFLARE.COM
Name Server: SAMARA.NS.CLOUDFLARE.COM

DNSSEC: unsigned

URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/

>>> Last update of WHOIS database: 2024-09-10T21:19:47Z <<<

For more information on Whois status codes, please visit https://icann.org/epp

TERMS OF USE: The data contained in this registrar's Whois database, while believed by the registrar to be reliable, is provided "as is" with no guarantee or warranties regarding its accuracy. This information is provided for the sole purpose of assisting you in obtaining information about domain name registration records. Any use of this data for any other purpose

is expressly forbidden without the prior written permission of this registrar. By submitting an inquiry, you agree to these terms and limitations of warranty. In particular, you agree not to use this data to allow, enable, or otherwise support the dissemination or collection of this data, in part or in its entirety, for any purpose, such as transmission by e-mail, telephone, postal mail, facsimile or other means of mass unsolicited, commercial advertising or solicitations

of any kind, including spam. You further agree not to use this data to enable high volume, automated

or robotic electronic processes designed to collect or compile this data for any purpose, including

mining this data for your own personal or commercial purposes. Failure to comply with these terms

may result in termination of access to the Whois database. These terms may be subject to modification

at any time without notice.

**See Underlying Registry Data**          **Contact Domain Holder**

**Report Invalid Whois**

Info displayed in public WHOIS is limited for privacy reasons. You can learn more about access to non-public domain contact information here.

# Find your Domain

Find your perfect domain



# Take a look at these alternate options

**PREMIUM** ⓘ

## ssaintss.com

### $50.00 ⓘ

Buy it now price

---

## sinsaint.co

### $0.01 ~~$47.99~~

1st yr only with 3 yr term ⓘ

---

## sinsaint.net

### $0.01 ~~$24.99~~

1st yr only with 3 yr term ⓘ

---

## sinsaint.org

### $9.99 ~~$22.99~~

for first year ⓘ

---

## sinsaint.ai

### $54.99 ~~$144.99~~

1st yr only with 2 yr term ⓘ

---

We love taking your call.



Empower your journey with curated content from

# GoDaddy Resources

---

## About GoDaddy

About Us

Newsroom

Investor Relations

Careers

Corporate Responsibility

Trust Center

Legal

## Help Center

Help Center

Community

Venture Forward: Microbusiness Data

GoDaddy Blog

Contact Us

Report Abuse

## Resources

Webmail

WHOIS

GoDaddy Mobile App

ICANN Confirmation

Designers & Developers

Corporate Domains

Redeem Code

Product Catalog

Videos

Business Name Generator

## Partner Programs

Affiliates

Reseller Programs

GoDaddy Pro

## Account

My Products

Renewals & Billing

Create Account

## Shopping

Buy a Domain

Websites

WordPress

Hosting

Web Security

Business Email

Phone Numbers

**United States - English** ⌄    **USD** ⌄

Legal    Privacy Policy    Advertising Preferences    Cookies

Do not sell my personal information

Copyright © 1999 - 2024 GoDaddy Operating Company, LLC. All Rights Reserved.

Use of this Site is subject to express terms of use. By using this site, you signify that you agree to be bound by these <u>Universal Terms of Service.</u>

# EXHIBIT B

**Domains**    **Websites**    **Email**

Contact Us

# GoDaddy - UNIVERSAL TERMS OF SERVICE AGREEMENT

**Last Revised: 4/1/2024**

**PLEASE READ THIS UNIVERSAL TERMS OF SERVICE AGREEMENT CAREFULLY, AS IT CONTAINS IMPORTANT INFORMATION REGARDING YOUR LEGAL RIGHTS AND REMEDIES.**

## 1. OVERVIEW

This Universal Terms of Service Agreement (this "**Agreement**") is entered into by and between GoDaddy.com, LLC, GoDaddy Payments, LLC (for any payment services) and Poynt, LLC (for any hardware services) ("**GoDaddy**") and you and is made effective as of the date of your use of this website ("**Site**") or the date of electronic acceptance. This Agreement sets forth the general terms and conditions of your use of the Site and the products and services purchased or accessed through this Site (individually and collectively, the "Services"). Any agreements, arrangements and/or additional policies that apply to certain Services ("**Services Agreements**") and are in addition to (not in lieu of) this Agreement. In the event of a conflict between the provisions of a Services Agreement and the provisions of this Agreement, the provisions of the applicable Services Agreement shall control.

The terms "we", "us" or "our" shall refer to GoDaddy. The terms "you", "your", "User" or "customer" shall refer to any individual or entity who accepts this Agreement, has access to your account or uses the Site or the Services. Nothing in this Agreement shall be deemed to confer any third-party rights or benefits.

## 2. MODIFICATION OF AGREEMENT, SITE OR SERVICES

GoDaddy may, in its sole and absolute discretion, change or modify this Agreement, and any policies or agreements which are incorporated herein, at any time, and such changes or modifications shall be effective immediately upon posting to this Site. Your use of this Site or the Services after such changes or modifications have been made shall constitute your acceptance of this Agreement as last revised. If you do not agree to be bound by this Agreement as last revised, do not use (or continue to use) this Site or the Services. In addition, GoDaddy may occasionally notify you of changes or modifications to this Agreement by email. It is therefore very important that you keep your shopper account ("**Account**") information current. GoDaddy assumes no liability or responsibility for your failure to receive an email notification if such failure results from an inaccurate email address. In addition, GoDaddy may terminate Your use of Services for any violation or breach of any of the terms of this Agreement by You. GODADDY RESE ⌑ Contact Us MODIFY, CHANGE, OR DISCONTINUE ANY ASPECT OF THIS SITE OR THE SERVICES,

INCLUDING WITHOUT LIMITATION PRICES AND FEES FOR THE SAME, AT ANY TIME.

## 3. ELIGIBILITY; AUTHORITY

This Site and the Services are available only to individuals or entities ("**Users**") who can form legally binding contracts under applicable law. By using this Site or the Services, you represent and warrant that you are (i) at least eighteen (18) years of age, (ii) otherwise recognized as being able to form legally binding contracts under applicable law, and/or (iii) are not a person barred from purchasing or receiving the Services found under the laws of the United States or other applicable jurisdiction.

If you are entering into this Agreement on behalf of a corporate entity, you represent and warrant that you have the legal authority to bind such corporate entity to the terms and conditions contained in this Agreement, in which case the terms "you", "your", "User" or "customer" shall refer to such corporate entity. If, after your electronic acceptance of this Agreement, GoDaddy finds that you do not have the legal authority to bind such corporate entity, you will be personally responsible for the obligations contained in this Agreement, including, but not limited to, the payment obligations. GoDaddy shall not be liable for any loss or damage resulting from GoDaddy's reliance on any instruction, notice, document or communication reasonably believed by GoDaddy to be genuine and originating from an authorized representative of your corporate entity. If there is reasonable doubt about the authenticity of any such instruction, notice, document or communication, GoDaddy reserves the right (but undertakes no duty) to require additional authentication from you. You further agree to be bound by the terms of this Agreement for transactions entered into by you, anyone acting as your agent and anyone who uses your account or the Services, whether or not authorized by you.

## 4. YOUR ACCOUNT

In order to access some of the features of this Site or use some of the Services, you will have to create an Account. You represent and warrant to GoDaddy that all information you submit when you create your Account is accurate, current and complete, and that you will keep your Account information accurate, current and complete. If GoDaddy has reason to believe that your Account information is untrue, inaccurate, out-of-date or incomplete, GoDaddy reserves the right, in its sole and absolute discretion, to suspend or terminate your Account. You are solely responsible for the activity that occurs on your Account, whether authorized by you or not, and you must keep your Account information secure, including without limitation your customer number/login, password, Payment Method(s) (as defined below), and shopper PIN. For security purposes, GoDaddy recommends that you change your password and shopper PIN at least once every six (6) months for each A͏ notify GoDaddy immediately of any breach of security or unauthorized ͏ GoDaddy will not be liable for any loss you incur due to any unauthorized use of your

🗨 Contact Us

Account. You, however, may be liable for any loss GoDaddy or others incur caused by your Account, whether caused by you, or by an authorized person, or by an unauthorized person.

## 5. GENERAL RULES OF CONDUCT

You acknowledge and agree that:

i. Your use of this Site and the Services, including any content you submit, will comply with this Agreement, any applicable Services Agreement or policy that may apply to your Services and all applicable local, state, national and international laws, rules and regulations.

ii. You will not collect or harvest (or permit anyone else to collect or harvest) any User Content (as defined below) or any non-public or personally identifiable information about another User or any other person or entity without their express prior written consent.

iii. You will not use this Site or the Services in a manner (as determined by GoDaddy in its sole and absolute discretion) that:

- Is illegal, or promotes or encourages illegal activity;

- Promotes, encourages or engages in the exploitation of children, or any activity related to the proliferation of child sexual abuse material (CSAM);

- Promotes, encourages or engages in terrorism, violence against people, animals, or property;

- Promotes, encourages or engages in any spam or other unsolicited bulk email, or computer or network hacking or cracking;

- Violates the Ryan Haight Online Pharmacy Consumer Protection Act of 2008 or similar legislation, or promotes, encourages or engages in the sale or distribution of prescription medication without a valid prescription;

- Violates the Fight Online Sex Trafficking Act of 2017 or similar legislation, or promotes or facilitates prostitution and/or sex trafficking;

- Infringes on the intellectual property rights of another User or any other person or entity;

- Violates the privacy or publicity rights of another User or any other person or entity, or breaches any duty of confidentiality that you owe to another User or any other person or entity;

⊡ Contact Us

- Interferes with the operation of this Site or the Services found at this Site;

○ Contains or installs any viruses, worms, bugs, Trojan horses or other code, files or programs designed to, or capable of, disrupting, damaging or limiting the functionality of any software or hardware; or

○ Contains false or deceptive language, or unsubstantiated or comparative claims, regarding GoDaddy or GoDaddy's Services.

iv. You will not perform any false, abusive or fraudulent activity. You will not perform any action that imposes, or may impose, in our discretion, an unreasonable or disproportionately large load on our infrastructure;

v. You will not copy or distribute in any medium any part of this Site or the Services , except where expressly authorized by GoDaddy.

vi. You will not modify or alter any part of this Site or the Services found at this Site or any of its related technologies.

vii. You will not access GoDaddy Content (as defined below) or User Content through any technology or means other than through this Site itself, or as GoDaddy may designate.

viii. You agree to back-up all of your User Content so that you can access and use it when needed. GoDaddy does not warrant that it backs-up any Account or User Content, and you agree to accept as a risk the loss of any and all of your User Content.

ix. You will not re-sell or provide the Services for a commercial purpose, including any of GoDaddy's related technologies, without GoDaddy's express prior written consent.

x. You will not circumvent, disable or otherwise interfere with the security-related features of this Site or the Services found at this Site (including without limitation those features that prevent or restrict use or copying of any GoDaddy Content or User Content) or enforce limitations on the use of this Site or the Services found at this Site, the GoDaddy Content or the User Content therein.

xi. You agree to provide government-issued photo identification and/or government-issued business identification as required for verification of identity when requested.

xii. You are aware that GoDaddy may from time-to-time call you about your account, and that, for the purposes of any and all such call(s), you may be subject to call recording and hereby consent to the same, subject to any applicable laws and our restrictions and obligations thereunder, including, where permissible, to record the entirety of such calls regardless of whether GoDaddy asks you on any particular call for consent to record such call. You further acknowledge and agree that, to the ~~extent permitted by~~ applicable law, any such recording(s) may be submitted as evider⸱ ☐ Contact Us proceeding in which GoDaddy is a party. Further, by providing your telephone or

mobile number, you consent to receive marketing telephone calls from or on behalf of GoDaddy that may be initiated by an automatic telephone dialing system and/or use an artificial or prerecorded voice. You understand that providing consent is not a condition of purchasing any good or service from GoDaddy. Similarly, by providing your mobile number, you consent to receive marketing text messages from or on behalf of GoDaddy that may be sent by an automatic telephone dialing system. You understand that providing consent is not a condition of purchasing any good or service from GoDaddy. Message and data rates may apply.

xiii. Without limiting any of the rights set forth elsewhere in this Agreement, GoDaddy expressly reserves the right to deny, cancel, terminate, suspend, or limit future access to this Site or any Services (including but not limited to the right to cancel or transfer any domain name registration) to any User (i) whose Account or Services were previously terminated or suspended, whether due to breach of this or any other Agreement or any GoDaddy policy, or (ii) who otherwise engages or has engaged in inappropriate or unlawful activity while utilizing the Site or Services (as determined by GoDaddy in its sole and absolute discretion).

xiv. If your purchase or account activity shows signs of fraud, abuse or suspicious activity, GoDaddy may cancel any service associated with your name, email address or account and close any associated GoDaddy accounts. If GoDaddy, in its sole discretion, determines that any conducted activity is fraudulent, GoDaddy reserves the right to take any necessary legal action and you may be liable for monetary losses to GoDaddy including litigation costs and damages. To contest cancellation of Services or freezing or closure of an account, please contact GoDaddy Care.

## 6. PROTECTION OF YOUR PERSONALLY IDENTIFIABLE INFORMATION

GoDaddy may process personally identifiable information ("PII") about you, your customers, and/or any individual using any services provided to you under this Agreement including any website You host with GoDaddy. To the extent GoDaddy processes PII for its purposes in providing the Services, GoDaddy acts as the Data Controller and GoDaddy's Global Privacy Notice applies to such processing. To the extent GoDaddy processes PII on your behalf as part of the Services, GoDaddy acts as the Data Processor and the Data Processing Addendum applicable to the Services applies to such processing.

## 7. USER CONTENT

Some of the features of this Site or the Services, including those Services that are hosted with GoDaddy, may allow Users to view, post, publish, share, store, or ☐ Contact Us opinions, recommendations, or advice via forum posts, content submitted in connection with a contest, product reviews or recommendations, or photos to be incorporated into a social

a contest, product reviews or recommendations, or photos to be incorporated into a social media event or activity ("**User Submissions**"), (b) literary, artistic, musical, or other content, including but not limited to photos and videos, or (c) other information about their business or customers (together with User Submissions, ("**User Content**"). All content submitted through your Account or processed on your behalf is considered User Content. By posting, publishing, or processing User Content to this Site or to or via the Services, you represent and warrant to GoDaddy that (i) you have all necessary rights to process and distribute User Content via this Site or via the Services, either because you are the author of the User Content and have the right to distribute the same, or because you have the appropriate distribution rights, licenses, consents, and/or permissions to use, in writing, from the copyright or other owner of the User Content, and (ii) the User Content does not violate the rights of any third party. You shall be solely responsible for any and all of your User Content or User Content that is submitted through your Account, and the consequences of, and requirements for, distributing it.

*User Submissions.* You acknowledge and agree that your User Submissions are entirely voluntary, do not establish a confidential relationship or obligate GoDaddy to treat your User Submissions as confidential or secret, that GoDaddy has no obligation, either express or implied, to develop or use your User Submissions, and no compensation is due to you or to anyone else for any intentional or unintentional use of your User Submissions, and that GoDaddy may be working on the same or similar content, it may already know of such content from other sources, it may simply wish to develop this (or similar) content on its own, or it may have taken / will take some other action.

GoDaddy shall own exclusive rights (including all intellectual property and other proprietary rights) to any User Submissions posted to this Site, and shall be entitled to the unrestricted use and dissemination of any User Submissions posted to this Site for any purpose, commercial or otherwise, without acknowledgment or compensation to you or to anyone else.

*User Content Other Than User Submissions.* By posting or publishing User Content to this Site or through the Services, you authorize GoDaddy to use the intellectual property and other proprietary rights in and to your User Content to enable inclusion and use of the User Content in the manner contemplated by this Site, this Agreement, and any Services Agreements applicable to the User Content. You hereby grant GoDaddy a worldwide, non-exclusive, royalty-free, sublicensable (through multiple tiers), and transferable license to use, reproduce, distribute, prepare derivative works of, combine with other works, display, and perform your User Content in connection with this Site, the Services and GoDaddy's (and GoDaddy's affiliates') business(es), including without limitation for prom~~oting and~~ redistributing all or part of this Site in any media formats and through ~~~ without restrictions of any kind and without payment or other consideration of any kind, or

🖃 **Contact Us**

permission or notification, to you or any third party. You also hereby grant each User of this Site a non-exclusive license to access your User Content (with the exception of User Content that you designate "private" or "password protected") through this Site, and to use, reproduce, distribute, prepare derivative works of, combine with other works, display, and perform your User Content as permitted through the functionality of this Site and under this Agreement. The above licenses granted by you in your User Content terminate within a commercially reasonable time after you remove or delete your User Content from this Site. You understand and agree, however, that GoDaddy may retain (but not distribute, display, or perform) server copies of your User Content that have been removed or deleted. The above licenses granted by you in your User Content are perpetual and irrevocable. You also understand and agree that GoDaddy may retain and use any User Content that has been incorporated into any derivative works as allowed pursuant to any Services Agreements. Notwithstanding anything to the contrary contained herein, GoDaddy shall not use any User Content that has been designated "private" or "password protected" by you for the purpose of promoting this Site or GoDaddy's (or GoDaddy's affiliates') business(es). If you have a website or other content hosted by GoDaddy, you shall retain all of your ownership or licensed rights in User Content.

GoDaddy Data. For the avoidance of doubt, User Content does not include "GoDaddy Data," which means (a) all information relating to GoDaddy's business and delivery of the Services, including but not limited to PII concerning You and (where applicable) your employees or representatives, (b) other data concerning or relating to Your account, transaction history, use of the Services and identity verification, and (c) subject to any restrictions under any applicable Data Protection Laws, any PII that has been aggregated, pseudonymized, or anonymized (collectively, "De-identified") pursuant to the terms of any Services Agreement. You acknowledge and agree that you have no rights to GoDaddy Data under this or any Services Agreement.

## 8. AVAILABILITY OF WEBSITE/SERVICES

Subject to the terms and conditions of this Agreement and our other policies and procedures, we shall use commercially reasonable efforts to attempt to provide this Site and the Services on a twenty-four (24) hours a day, seven (7) days a week basis. You acknowledge and agree that from time to time this Site may be inaccessible or inoperable for any reason including, but not limited to, equipment malfunctions; periodic maintenance, repairs or replacements that we undertake from time to time; or causes beyond our reasonable control or that are not reasonably foreseeable including, but not limited to, interruption or failure of telecommunication or digital transmission links, hostile network attacks, network congestion or other failures. You acknowledge and agree that we have no control over the availability of this Site or the Service on a continuous o⌨ Contact Us and that we assume no liability to you or any other party with regard thereto.

## 9. PRODUCT CREDITS

In the event you are provided with a product credit ("**Credit**"), whether for redemption of the purchase of a specific product or for free with the purchase of another product ("**Purchased Product**"), you acknowledge and agree that such Credit is only valid for one (1) year and is only available with a valid purchase and may be terminated in the event the product purchased is deleted, cancelled, transferred or not renewed. The Credit will expire one (1) year from date of purchase of the Purchased Product if the Credit has not been redeemed. In the event that the Credit is redeemed, after the initial subscription period, the product will automatically renew at the then-current renewal price until cancelled. If you wish to cancel the automatic renewal of the product, you may do so by visiting your Account or by contacting customer service. In the event your Purchased Product includes a free domain name, if you cancel the Purchased Product, the list price for the domain name will be deducted from the refund amount. The list price is the price of the domain name listed on GoDaddy's website and is not subject to any promotion, discount, or other reduction in price. For Credits issued for free with another Purchased Product, you acknowledge and agree that we may swap your Credit for a similar product, in our sole discretion.

## 10. MONITORING AND MODERATION OF CONTENT; RESTRICTIONS POLICY

When using this Site and/or any Service, you will not provide, post, publish, share or otherwise make available or accessible any illegal content or content that is incompatible with or violates this Agreement (including without limitation Sections 5, 7 and 16 of this Agreement).

GoDaddy generally does not pre-screen User Content (whether posted to a website hosted by GoDaddy or posted to this Site). However, and subject to applicable laws, GoDaddy reserves the right (but undertakes no duty) to do so and decide whether any item of User Content is appropriate and/or complies with this Agreement. By way of example, GoDaddy may for instance voluntarily screen or pre-screen material for potential child sexual abuse material and act against any such material.

GoDaddy may remove any item of User Content (whether posted to a website hosted by GoDaddy or posted to this Site) and/or suspend or terminate a User's access to this Site or the Services found at this Site for posting or publishing any material in violation of this Agreement, or for otherwise violating this Agreement (as determined by GoDaddy in its sole and absolute discretion), at any time and without prior notice. GoDaddy may also suspend or terminate a User's access to this Site or the Services found at this Site if GoDaddy has reason to believe the User is a repeat offender.

🗨 Contact Us

If GoDaddy terminates your access to this Site or the Services found at this Site, GoDaddy may, in its sole and absolute discretion, remove and destroy any data and files stored by you

may, in its sole and absolute discretion, remove and destroy any data and files stored by you on its servers.

GoDaddy also reserves the right, but undertakes no duty, to review use of the Services and account activity for any activity that may pose a risk to GoDaddy and/or GoDaddy's systems. GoDaddy also may review, adjust the configurations of, and/or change the settings of any Services, including the settings of any hosted environment, that GoDaddy believes, in its sole and absolute discretion, may pose a risk to GoDaddy, GoDaddy's systems, or any of its environments.

## 11. EUROPEAN UNION DIGITAL SERVICES ACT ("DSA") SUPPLEMENTAL TERMS OF SERVICE

This section 11 applies as from February 17, 2024, which is the date of entry into effect of the EU Digital Services Act.

11.1 This Section 11 sets out provisions, processes and disclosures that supplement the rest of this Agreement, as required under the DSA, which regulates the provision of certain digital intermediary services provided in the European Union ("**EU**") and notably sets out rules on the role of providers and imposes content moderation requirements and transparency obligations. These provisions only apply to you if you are in the EU and / or if you are using the Site or Services falling within the scope of the DSA. In the event of any conflict between the terms set out in this Section 11 and the other provisions of this Agreement, the terms of Section 11 shall prevail.

11.2 Rules of conduct. Users are prohibited from providing, publishing or transmitting content which is incompatible with or violates this Agreement (including without limitation Sections 5, 7 and 16) or any applicable laws in the EU or in any EU country ("**Unauthorized Content**").

11.3 Content moderation overview. GoDaddy may voluntarily take action against any Unauthorized Content, in accordance with Section 10 above. In addition, GoDaddy may receive notices through the Notice and Action Mechanism (described below) and orders from EU authorities reporting the presence of alleged illegal content on (or transmitted through) this Site or any Service (including without limitation any website hosted by GoDaddy). GoDaddy will process these orders and notices, and take action based on the information provided. These actions may entail the restrictions mentioned in Section 11.5 below, or any other restrictions required by the relevant authority.

11.4 Notifying alleged illegal content – Notice and Action Mechanism. You may report to GoDaddy the presence, on this Site or on any Service, of content that y~~ ~~ illegal in the EU or any EU country through the mechanism accessible i~~ ~~. ("**Notice and Action Mechanism**"). Depending on the nature of the Service concerned by the

🗨 Contact Us

notice, the way GoDaddy processes and addresses such notice may differ.

11.5 Restrictions. GoDaddy may, at any time and in some cases, without prior notice, remove any Unauthorized Content provided on (or through) this Site or any Service or suspend or terminate access to a whole Service (e.g., disabling a website hosted by GoDaddy). In addition, with respect to "repeat offenders", namely users frequently providing manifestly Unauthorized Content, GoDaddy may suspend or terminate their access to this Site or to the Services found at this Site. GoDaddy will generally issue a prior warning before any suspension, other than in exceptional cases, or where GoDaddy is otherwise legally required to take immediate action. When deciding on and applying such restrictions, GoDaddy will act in a timely, diligent, non-arbitrary, objective and proportionate manner.

11.6 Unfounded Notices. If any user frequently provides manifestly unfounded notices through the Notice and Action Mechanism, GoDaddy may suspend the processing of its notices. GoDaddy will generally issue a prior warning before any suspension, save for exceptional cases (as determined by GoDaddy in its reasonable discretion) or where GoDaddy is legally required to take immediate action.

11.7 Measures and tools for review. Notices and orders are generally subject to human review. GoDaddy may also use a machine learning model that helps process certain claims and detect phishing on websites hosted by GoDaddy. Actions taken in response to notices and/or orders which relate to the provision of content by users of the Service or visitors of the Site, if any, are generally subject to human review.

11.8 Right to terminate the use of the Services. You have the right to terminate the use of the Services in accordance with Sections 9 and 14 of this Agreement.

11.9 Content Moderation Decisions.

    A. This Section may apply to you if:

        i. Your issue relates to a GoDaddy online platform in the EU (meaning either a Service involving the sale and purchase of aftermarket domain names, or GoDaddy Community to the extent provided in the EU); and

        ii. Your issue concerns: (y) a decision taken by GoDaddy further to a notice you submitted to GoDaddy regarding the presence of information considered to be illegal content on a GoDaddy EU online platform; and/or (z) a decision taken by GoDaddy to remove (or to not remove) content or to suspend, restrict or terminate (or to not suspend, restrict or terminate) access to a GoDaddy EU online platform on the ground that you or any user of the Se    Unauthorized Content,

🗨 Contact Us

(a "**Content Moderation Decision**").

B. If you disagree with a Content Moderation Decision, you may lodge a complaint against it with GoDaddy. The complaint must be lodged within six (6) months from the date on which you are informed of the Content Moderation Decision. To lodge your complaint, you will need to respond to the email informing you of the Content Moderation Decision and provide any additional context or information for GoDaddy to reassess the Content Moderation Decision. GoDaddy will review your complaint and respond through its internal complaint-handling system (the "Internal Complaint-Handling System").

If a user frequently provides manifestly unfounded complaints through the Internal Complaint-Handling System, GoDaddy may suspend the processing of its complaints, after a prior warning.

C. If you disagree with a Content Moderation Decision and/or the outcome of the Internal Complaint-Handling System, you may also engage with any out-of-court dispute settlement body certified by the relevant EU authority. For your information, decisions taken by these bodies are not binding. Also, GoDaddy may refuse to engage in such a procedure if the issue has already been resolved concerning the same content and the same grounds. The list of these certified bodies (if any) is expected to be published by the EU Commission shortly. We will update the terms of this Agreement once the relevant information becomes available.

D. In any case, you may also initiate judicial proceedings before a competent court, according to the applicable law, at any stage.

11.10 For the purposes of Sections 11.6 and 11.9, "frequently" means the submission of 2 or more unfounded notices or complaints (as relevant) over a period of 12 months. For the purposes of Sections 11.5, 11.6 and 11.9, when determining whether a specific behavior requires such a suspension or termination and the duration of the suspension or termination, GoDaddy takes into account the relevant facts and circumstances, which may include such things as the volume of manifestly unfounded notices or complaints submitted within the period referred to above, the seriousness and/or the impact of the behavior. A notice may for instance be considered as manifestly unfounded if it is evident that it does not relate to alleged illegal content and instead refers solely to personal and/or subjective considerations. Specifically as regards the provision of illegal content, these criteria also include the volume of illegal content provided, the extent of its impact and/or the gravity of the behavior (e.g., as regards the nature of the content concerned and its consequences) and the frequency of the behavior.

                                 ☐ Contact Us

11.11 Search Engine: Recommender Systems Disclosure.

Our Site and certain of our Services include a search engine that enables you to search for domain name registrations based on your query, account search history, and location.

The search engine generates a list of results based on generic matching between the keywords or character sequences searched and the domain names available for purchase. If the exact domain name you searched for is unavailable, the search engine will display results for domain names that match your keywords and characters, potentially including alternative top-level domain names, which may take into account your location. For example, if you are located in Germany, the search engine may prioritize ".de" top-level domain names in order to present you more tailored results. Additionally, the search may feature partnerships labeled "Promoted" in the search results.

The keywords or sequences of characters that you searched are the most significant parameters used to determine the results, whereas search history and location are secondary parameters used to further refine the list of results. As currently designed, the search engine does not allow you to change these parameters.

11.12 DSA Point of Contact.

If you have any questions or queries about this Section 11 or any other DSA-related matters, you can contact us by email at dsainquiries@godaddy.com.

**12. DISCONTINUED SERVICES; END OF LIFE POLICY**

GoDaddy reserves the right to cease offering or providing any of the (i) Services or (ii) individual features, functionalities, or aspects of the Services at any time, for any or no reason, and without prior notice. Although GoDaddy makes great effort to maximize the lifespan of all its Services and features, functionalities, or aspects of the Services, there are times when a Service or specific feature, functionality, or aspect of a Service that we offer will be discontinued or reach its End-of-Life ("**EOL**"). If that is the case, those Services, or the specific feature, functionality, or aspect of that Service, will no longer be supported by GoDaddy, in any way, effective on the EOL date.

*Notice and Migration.* In the event that any Service we offer has reached or will reach EOL, we will attempt to notify you thirty or more days in advance of the EOL date. It is your responsibility to take all necessary steps to replace the Service by migrating to a new Service before the EOL date, or by entirely ceasing reliance on said Service before the EOL date. In either case, GoDaddy will either offer a comparable Service for you to migrate to for the remainder of the term of your purchase, a prorated in-store credit, or a prorated refund, to be determined by GoDaddy in its sole and absolute discretion. GoDadd notice to you, migrate you to the most up-to-date version of the Service, ... available. You agree to take full responsibility for any and all loss or damage arising from any such

⊡ Contact Us

agree to take full responsibility for any and all loss or damage arising from any such migration. In the event that a feature, functionality, or aspect of any Service we offer has reached or will reach EOL, then we will attempt to notify you thirty or more days in advance of the EOL date. However, if the Service maintains a least reasonably equivalent functionality without such feature, functionality, or aspect, as determined by GoDaddy in its sole and absolute discretion, GoDaddy will not be required to offer a comparable feature or functionality for the Service or a refund.

_No Liability._ GoDaddy will not be liable to you or any third party for any modification, suspension, or discontinuance of any of the (i) Services or (ii) individual features, functionalities, or aspects of the Services we may offer, provide or facilitate access to.

## 13. BETA SERVICES

From time to time, GoDaddy may offer new Services (limited preview services or new features to existing Services) in a pre-release version. New Services, new features to existing Services or limited preview services shall be known, individually and collectively, as "**Beta Services**". If you elect to use any Beta Services, then your use of the Beta Services is subject to the following terms and conditions: (i) You acknowledge and agree that the Beta Services are pre-release versions and may not work properly; (ii) You acknowledge and agree that your use of the Beta Services may expose you to unusual risks of operational failures; (iii) The Beta Services are provided as-is, so we do not recommend using them in production or mission critical environments; (iv) GoDaddy reserves the right to modify, change, or discontinue any aspect of the Beta Services at any time; (v) Commercially released versions of the Beta Services may change substantially, and programs that use or run with the Beta Services may not work with the commercially released versions or subsequent releases; (vi) GoDaddy may limit availability of customer service support time dedicated to support of the Beta Services; (vii) You acknowledge and agree to provide prompt feedback regarding your experience with the Beta Services in a form reasonably requested by us, including information necessary to enable us to duplicate errors or problems you experience; (viii) You acknowledge and agree that GoDaddy may track your browsing behavior, links clicked, items purchased, your device type, and to collect various data, including analytics, about how you use and interact with our Beta Services; (ix) You acknowledge and agree that all information regarding your use of the Beta Services, including your experience with and opinions regarding the Beta Services, is confidential, and may not be disclosed to a third party or used for any purpose other than providing feedback to GoDaddy; (x) The Beta Services are provided "as is", "as available", and "with all faults".

You acknowledge and agree that we may use your feedback for any purpose, including product development purposes. At our request you will provide us with may use publicly for press materials and marketing collateral. Any inter. inherent in your feedback or arising from your use of the Beta Services shall be owned

🗩 Contact Us

exclusively by GoDaddy. To the fullest extent permitted by law, GoDaddy disclaims any and all warranties, statutory, express or implied, with respect to the Beta Services including, but not limited to, any implied warranties of title, merchantability, fitness for a particular purpose and non-infringement.

## 14. FEES AND PAYMENTS

You agree that your Payment Method may be charged by one of our affiliated entities. If, during your purchase, your payment was identified as being processed in the United States, your transaction will be processed by GoDaddy.com, LLC; if your payment was identified as being processed in Canada, your transaction will be processed by GoDaddy Domains Canada, Inc.; if your payment was identified as being processed in the United Kingdom, your transaction will be processed by GoDaddy Europe, Ltd.; if your payment was identified as being processed in India, your transaction will be processed by GoDaddy India Domains and Hosting Services India Pvt Ltd; if your payment was identified as being processed in Australia, your transaction will be process by GoDaddy Online Services Australia PTY Limited. If your payment was identified as being processed in the Netherlands, your transaction will be processed by GoDaddy Online Services Netherlands B.V. If, during your purchase, your payment was identified as being processed in a country or region that is not listed above, your transaction may be processed by an entity within the disclosed country that is affiliated with our local payment service provider, and subject to the provisions of our Privacy Policy.

### (A) GENERAL TERMS, INCLUDING AUTOMATIC RENEWAL TERMS

_Payment Due at Time of Order; Non-Refundable._ You agree to pay all amounts due for Services at the time you order them. All amounts are non-refundable unless otherwise noted in the Refund Policy.

_Price Changes._ GoDaddy reserves the right to change its prices and fees at any time, and such changes shall either be posted online at this Site and effective immediately without need for further notice to you or notice shall be provided to you by email. If you have purchased or obtained Services for a period of months or years, changes in prices and fees shall be effective when the Services in question come up for renewal as further described below.

_Payment Types._ Except as prohibited in any product-specific agreement, you may pay for Services by using any of the following "**Payment Methods**": (i) valid credit card; (ii) "Good As Gold Prepaid Services" (defined below); (iii) electronic payment from your personal or business checking account, as appropriate (and as defined below); (iv) ´ International Payment Option (as defined below); (vi) via In-Store Credit ............., applicable (and as defined below); or (vii) any other method you use to pay for Services as

Contact Us

determined by GoDaddy in its sole and absolute discretion, each a "Payment Method". You acknowledge and agree that we may store your successful Payment Methods, as determined by us, used to pay for a Service as a Payment Method that we may use for payment for future purchases or renewals. You can manage your stored Payment Methods and view or change your automatic renewal settings at any time by logging into your GoDaddy account. The "Express Checkout" feature automatically places an order for the applicable Service and charges the designated Express Checkout Payment Method for your Account. Confirmation of that order will be sent to the email address on file for your Account. Your Payment Method on file must be kept valid if you have any active Services in your Account. In addition, you agree that the location for the processing of your payments may change for any reason, including the type of Payment Method chosen, the currency selected, or changes or updates made to your Payment Method.

*Refunds Issued.* You agree that where refunds are issued to your Payment Method, GoDaddy's issuance of a refund receipt is only confirmation that GoDaddy has submitted your refund to the Payment Method charged at the time of the original sale, and that GoDaddy has no control over when the refund will be applied towards your Payment Method's available balance. You further acknowledge and agree that the payment provider and/or individual issuing bank associated with your Payment Method establish and regulate the time frames for posting your refund, and that such refund posting time frames may range from five (5) business days to a full billing cycle, or longer.

In the event a refund is issued to your Payment Method and the payment provider, payment processor or individual issuing bank associated with your Payment Method imposes any limitations on refunds, including but not limited to, limitations as to the timing of the refund or the number of refunds allowed, then GoDaddy, in its sole and absolute discretion, reserves the right to issue the refund either (i) in the form of an In-Store Credit; (ii) via issuance of a GoDaddy check, which will be sent to the mailing address on file for your Account; or (iii) in some jurisdictions, as a bank transfer, when the payment processor cannot refund back to the Payment Method. GoDaddy also has the right to offer an In-Store Credit for customers seeking refunds, even if there are no limitations on refunds imposed by the Payment Method.

*Monthly Billing Date.* If you are being billed on a monthly basis, your monthly billing date will be based on the date of the month you purchased the Services, unless that date falls after the 28th of the month, in which case your billing date will be the 28th of each month.

*Auto-Renewal Terms.* Other than as required by applicable law, GoDaddy does not retain hard copies or electronic versions of mandate, standing order or standi[...] and/or any signed consents relating to your usage of our automatic ren[...] are therefore unable to provide any such document upon request. You may view or change

Contact Us

your automatic renewal settings at any time by logging into your GoDaddy account.

IN ORDER TO ENSURE THAT YOU DO NOT EXPERIENCE AN INTERRUPTION OR LOSS OF SERVICES, ALL SERVICES ARE OFFERED ON AUTOMATIC RENEWAL UNLESS OTHERWISE SPECIFIED ON THIS SITE. EXCEPT FOR REASONS DESCRIBED BELOW IN THIS SECTION, AUTOMATIC RENEWAL AUTOMATICALLY RENEWS THE APPLICABLE SERVICE UPON EXPIRATION OF THE THEN CURRENT TERM FOR A RENEWAL PERIOD EQUAL IN TIME TO THE MOST RECENT SERVICE PERIOD (EXCEPT FOR DOMAIN NAMES WHICH MAY RENEW FOR THE ORIGINAL SERVICE PERIOD). FOR EXAMPLE, IF YOUR LAST SERVICE PERIOD IS FOR ONE YEAR, YOUR RENEWAL PERIOD WILL TYPICALLY BE FOR ONE YEAR. HOWEVER, IN THE EVENT RENEWAL WITH THE PAYMENT METHOD ON FILE FAILS, GODADDY MAY ATTEMPT TO RENEW THE APPLICABLE SERVICE FOR A PERIOD LESS THAN THE ORIGINAL SUBSCRIPTION PERIOD TO THE EXTENT NECESSARY FOR THE TRANSACTION TO SUCCEED.

UNLESS YOU DISABLE THE AUTOMATIC RENEWAL OPTION, GODADDY WILL AUTOMATICALLY RENEW THE APPLICABLE SERVICE WHEN IT COMES UP FOR RENEWAL AND WILL, SUBJECT TO SECTION 14(F) BELOW, ATTEMPT TO TAKE PAYMENT FIRST FROM THE PAYMENT METHOD ASSOCIATED WITH THE SERVICE(S) IN YOUR ACCOUNT ("PRIMARY PAYMENT METHOD"). IF THE PRIMARY PAYMENT METHOD FAILS, WE MAY ATTEMPT PAYMENT FROM YOUR DESIGNATED BACKUP PAYMENT METHOD(S) ON FILE WITH GODADDY ("DESIGNATED BACKUP PAYMENT METHOD). IF THERE IS NO PRIMARY PAYMENT METHOD OR A DESIGNATED BACKUP PAYMENT METHOD ASSOCIATED WITH A SERVICE, OR A BACKUP DESIGNATED PAYMENT METHOD FAILS, YOU AGREE THAT WE MAY ATTEMPT TO CHARGE ANY OTHER PAYMENT METHODS ON FILE IN YOUR ACCOUNT ("ALTERNATE PAYMENT METHODS"). RENEWALS WILL BE CHARGED AT GODADDY'S THEN CURRENT RATES, WHICH YOU ACKNOWLEDGE AND AGREE MAY BE HIGHER OR LOWER THAN THE RATES FOR THE ORIGINAL SERVICE PERIOD. IN ORDER TO SEE THE RENEWAL SETTINGS APPLICABLE TO YOU AND YOUR SERVICES, SIMPLY LOG INTO YOUR ACCOUNT MANAGER FROM THIS SITE AND FOLLOW THE STEPS FOUND <u>HERE</u>. IF YOU DO NOT WISH FOR ANY SERVICE TO AUTOMATICALLY RENEW, YOU MAY ELECT TO CANCEL RENEWAL, IN WHICH CASE, YOUR SERVICES WILL TERMINATE UPON EXPIRATION OF THE THEN CURRENT TERM, UNLESS YOU MANUALLY RENEW YOUR SERVICES PRIOR TO THAT DATE. IN OTHER WORDS, SHOULD YOU ELECT TO CANCEL YOUR PRODUCT AND FAIL TO MANUALLY RENEW YOUR SERVICES BEFORE THEY EXPIRE, YOU MAY EXPERIENCE AN INTERRUPTION OR LOSS OF SERVICES, AND GODADDY SHALL NOT BE LIABLE TO YOU OR ANY THIRD PARTY REGARDING THE SAME.

IN ADDITION, GODADDY MAY PARTICIPATE IN "RECURRING BILLING "
"ACCOUNT UPDATER SERVICES" SUPPORTED BY YOUR CREDIT CAR□    💬 Contact Us
ULTIMATELY DEPENDENT ON YOUR BANK'S PARTICIPATION). IF WE ARE UNABLE TO

SUCCESSFULLY CHARGE YOUR EXISTING PAYMENT METHOD, YOUR CREDIT CARD PROVIDER (OR YOUR BANK) MAY NOTIFY US OF UPDATES TO YOUR CREDIT CARD NUMBER AND/OR EXPIRATION DATE, OR THEY MAY AUTOMATICALLY CHARGE YOUR NEW CREDIT CARD ON OUR BEHALF WITHOUT NOTIFICATION TO US. IN ACCORDANCE WITH RECURRING BILLING PROGRAM REQUIREMENTS, IN THE EVENT THAT WE ARE NOTIFIED OF AN UPDATE TO YOUR CREDIT CARD NUMBER AND/OR EXPIRATION DATE, GODADDY WILL AUTOMATICALLY UPDATE YOUR PAYMENT PROFILE ON YOUR BEHALF. GODADDY MAKES NO GUARANTEES THAT WE WILL REQUEST OR RECEIVE UPDATED CREDIT CARD INFORMATION. YOU ACKNOWLEDGE AND AGREE THAT IT IS YOUR SOLE RESPONSIBILITY TO MODIFY AND MAINTAIN YOUR ACCOUNT SETTINGS, INCLUDING BUT NOT LIMITED TO (I) CANCELLING PRODUCTS AND (II) ENSURING YOUR ASSOCIATED PAYMENT METHOD(S) ARE CURRENT AND VALID. FURTHER, YOU ACKNOWLEDGE AND AGREE THAT YOUR FAILURE TO DO SO, MAY RESULT IN THE INTERRUPTION OR LOSS OF SERVICES, AND GODADDY SHALL NOT BE LIABLE TO YOU OR ANY THIRD PARTY REGARDING THE SAME.

If for any reason GoDaddy is unable to charge your Payment Method for the full amount owed, or if GoDaddy receives notification of a chargeback, reversal, payment dispute, or is charged a penalty for any fee it previously charged to your Payment Method, you agree that GoDaddy may pursue all available lawful remedies in order to obtain payment, including but not limited to, immediate cancellation, without notice to you, of any domain names or Services registered or renewed on your behalf. GoDaddy also reserves the right to charge you reasonable "**administrative fees**" for (i) tasks GoDaddy may perform outside the normal scope of its Services, (ii) additional time and/or costs GoDaddy may incur in providing its Services, and/or (iii) your noncompliance with this Agreement (as determined by GoDaddy in its sole and absolute discretion). Typical administrative or processing fee scenarios include, but are not limited to (i) customer service issues that require additional personal time or attention; (ii) UDRP actions(s) in connection with your domain name(s) and/or disputes that require accounting or legal services, whether performed by GoDaddy staff or by outside firms retained by GoDaddy; (iii) recouping any and all costs and fees, including the cost of Services, incurred by GoDaddy as the results of chargebacks or other payment disputes brought by you, your bank or Payment Method processor. These administrative fees or processing fees will be billed to the Payment Method you have on file with GoDaddy.

GoDaddy may offer product-level pricing in various currencies. The transaction will be processed in the selected currency and the pricing displayed during the checkout process will be the actual amount submitted for payment. For certain Payment Methods, the issuer of your Payment Method may charge you a foreign transaction fee or other charge, which may be added to the final amount that appears on your bank statement or p        amount. Please check with the issuer of your Payment Method for details. In addition, regardless of the selected currency, you acknowledge and agree that you may be charged

Contact Us

regardless of the selected currency, you acknowledge and agree that you may be charged Value Added Tax ("**VAT**"), Goods and Services Tax ("**GST**"), or other localized fees and/or taxes, based on your bank and/or the country indicated in your billing address section.

## *(B) REFUND POLICY*

Products and Services available for refunds are described in our Refund Policy.

## *(C) GOOD AS GOLD PREPAID SERVICES*

Service Details. By using Good As Gold Prepaid Services, you may transfer funds to GoDaddy to fund your Good As Gold Prepaid Services account ("**Good As Gold Account**"). You may then use your Good As Gold Account to purchase any Services. You may fund your Good As Gold Account by wire transfer.

You acknowledge that funds transferred to your Good As Gold Account will be held by GoDaddy and will not accrue or pay interest for your benefit. To the extent any interest may accrue, you agree that GoDaddy shall be entitled to receive and keep any such amounts to cover costs associated with Good As Gold Prepaid Services.

You agree that all transactions using Good As Gold Prepaid Services will be conducted in U.S. dollars.

Your Good As Gold Account must be funded on an initial basis with no less than funds equivalent to $1,000.00 U.S. dollars.

All payments must be for the full amount required at purchase.

*Wire Transfer Details.* Wire transfers may be initiated in foreign currency to fund your Good As Gold Account, however the natural currency of the GoDaddy bank account is U.S. Dollars. Foreign currency wires will be automatically converted and deposited in U.S. Dollars. Please note that exchange rate fees may apply.

You are responsible for all wire transfer fees, both incoming and outgoing, associated with your Good As Gold Account. Any non-U.S. wire transfers may be subject to fees by your bank, intermediary banks, or GoDaddy's bank, which may reduce the amount of the money received by GoDaddy's bank and subsequently funded into your Good As Gold Account. You hereby expressly authorize GoDaddy (i) to reduce your Good As Gold Account by the amount of wire transfer fees GoDaddy incurs in order to receive your funds; and/or (ii) to charge a twenty-dollar ($20.00) service fee ("**Service Fee**") in connection with the termination of your Good As Gold Account. All fees are subject to change at any time, and such changes shall be posted online and effective immediately without need for further notic

&#9635; **Contact Us**

You can verify the remaining funds in your Good As Gold Account at any time through your

Account or the shopping cart. Should you decide to terminate your Good As Gold Account (or should GoDaddy opt to terminate your Good As Gold Account because you have breached an obligation under the Good As Gold Service Agreement), then the balance in your Good As Gold Account will be refunded, net the Service Fee.

Additional funds may be added to your Good As Gold Account at any time.

*Your Use of Good As Gold Prepaid Services.* Use of funds in your Good As Gold Account can only be made through the GoDaddy purchase process at GoDaddy's website. Purchases may not be made unless there are sufficient, available funds in your Good As Gold Account at the time of purchase to cover the entire purchase amount, including any related fees as set forth herein or in other relevant agreements.

### (D) PAY BY CHECK (ELECTRONIC PAYMENT)

By using GoDaddy's pay by check option ("**Pay By Check**"), you can purchase GoDaddy Services using an electronic payment (from your personal or business checking account ("**Checking Account**"), as appropriate). In connection, you agree to allow a third-party check services provider, Certegy Check Services, Inc., ("**Check Services Provider**") to debit the full amount of your purchase from your Checking Account, which is non-refundable. Check Services Provider will create an electronic funds transfer ("**EFT**") or bank draft, which will be presented to your bank or financial institution for payment from your Checking Account. The Checking Account must be at a financial institution in the United States, and payment must be in U.S. Dollars.

It is your responsibility to keep your Checking Account current and funded. You agree that (i) Check Services Provider or GoDaddy reserve the right to decline a transaction for any reason (including, but not limited to, payments that fail to go through as a result of your Checking Account no longer existing or not holding available/sufficient funds) and (ii) in such event, neither Check Services Provider nor GoDaddy shall be liable to you or any third party regarding the same. If for any reason Check Services Provider is unable to withdraw the full amount owed for the Services provided, you agree that Check Services Provider and GoDaddy may pursue all available lawful remedies in order to obtain payment (plus any applicable fees). GoDaddy is not responsible for the actions of Check Services Provider. You agree that if the EFT or bank draft is returned unpaid, you will pay a service charge in accordance with the fees permitted by law for each U.S. State. A help article describing the Check Services Provider and outlining the service charges referenced above can be found here. These fees may be debited from your Checking Account using an EFT or bank draft. All fees are in U.S. Dollars.

◻ **Contact Us**

GoDaddy and its service providers, including but not limited to Check ↘
Complete Payment Recovery Services, Inc., may provide you with notices, including by

email, regular mail, SMS, MMS, text message, postings on the services, or other reasonable means now known or hereafter developed. Such notices may not be received if you violate these terms of service by accessing the services in an unauthorized manner. Your agreement to these terms of service constitutes your agreement that you are deemed to have received any and all notices that would have been delivered had you accessed the services in an authorized manner. Failure to receive such notices for any reason shall not excuse any payment or other obligation to GoDaddy and Check Services Provider. You further expressly authorize GoDaddy and its service providers, including but not limited to Check Services Provider and Complete Payment Recovery Services, Inc., and their affiliates to contact you, via auto-dialer, pre-recorded messages, or any other method, on any of your mobile phone numbers or emails. You further acknowledge that email addresses you provide are not shared, accessed by others and are not employer-related email addresses.

### (E) INTERNATIONAL PAYMENT OPTIONS

GoDaddy offers a variety of alternative international payment options through a variety of International Payment Providers ("**IPP**"). In the event you select an IPP, you represent that you have already agreed to any and all of the IPP's applicable customer service agreements in advance of completing your transaction at GoDaddy. You also agree to allow the IPP to debit the full amount of your purchase from the selected account or payment method, collectively "Funding Sources". In addition, you agree to allow the selected IPP to debit, if applicable, an "Exchange Rate Conversion Fee", as well as any other fees or charges applicable to your agreement with the IPP (collectively, the "**IPP Fees**"), from your Funding Sources. You understand and agree that IPP Fees are subject to change at any time by the IPP without notice to you by GoDaddy.

It is your responsibility to keep your Funding Sources current and funded. You agree that (i) the IPP or GoDaddy reserve the right to decline a transaction for any reason and (ii) neither the IPP nor GoDaddy shall be liable to you or any third party regarding the same. You acknowledge that GoDaddy will not attempt to fulfill the Services purchased by you until GoDaddy receives confirmation of payment from the IPP through its associated payment processor. You acknowledge there may be a gap of several hours or days between the time you place an order and the time the IPP confirms payment through its associated payment processor. If GoDaddy does not receive confirmation of payment from the IPP through its associated payment processor within thirty (30) days from when the order is placed, your order may be cancelled, at which time you will need to commence the purchase process again. In the event that you would like to cancel payment for a pending transaction, you may cancel the order through your GoDaddy account. Payments received on previously cancelled orders will be automatically refunded to the original Payment Method w'

⌨ Contact Us

If, at the time GoDaddy receives confirmation of payment from the IPP (through its

associated payment processor), either (i) the Services (including domain names) are no longer available for purchase; or (ii) a pending order has been cancelled in our systems; or (iii) the confirmation of payment does not match the dollar amount of the pending order, and as a result your purchase is either over-funded or under-funded, GoDaddy may automatically issue a partial refund (in the case of over-funding) or a full refund (in the case of under-funding) to your Funding Source. If the IPP (or its associated payment processor) imposes refund limitations of any kind, GoDaddy reserves the right to issue refunds to an In-Store Credit balance or as a bank transfer, when the payment processor cannot refund back to the Payment Method. If you receive a full refund, you will need to begin the purchase process again. You agree that the IPP reserves the right not to refund IPP Fees associated with a refunded transaction. Accordingly, any refunds issued by GoDaddy will be net of the IPP Fees unless otherwise specified.

### (F) IN-STORE CREDIT BALANCES

In the event that your Account contains a credit issued by us, it may only be applied to the purchase of a Service (each an "**In-Store-Credit**") subject to the following terms: (1) you may apply any available In-Store Credit to any future purchase of Services in your Account; and (2) you authorize GoDaddy to apply any available In-Store Credits to any upcoming product renewals, outstanding administrative fees, chargebacks, or other fees related to your Account, including partial payments. Regardless of the amount of In-Store Credit available in your account, GoDaddy is not responsible for the loss of products resulting from an inability to collect funds from your Payment Methods or the In-Store Credit. In-Store Credits will be applied based on the currency selected in the shopping cart at the time of purchase (or renewal). If you have more than one In-Store Credit, then the credits will be processed according to the age of the credit, with the oldest In-Store Credit being applied first. If additional funds are required to complete the purchase or renewal, In-Store Credits held in a non-selected currency will be converted using GoDaddy's daily exchange rate based on the age of the In-Store Credit (oldest to newest) until (i) enough funds are allocated to complete the transaction, or (ii) there is no available balance left in your account. You understand and agree that at the time of conversion, GoDaddy may also impose an additional administrative fee.

You can verify your available In-Store Credits at any time through your Account on the GoDaddy website. You acknowledge that In-Store Credits are non-transferable, may only be used in the Account in which they were acquired and may expire. Complimentary In-Store Credits will expire two years after issuance or within any other time period GoDaddy may specify in your Account. In the event that GoDaddy terminates your Account, you acknowledge and agree that any remaining available In-Store Credits will be forfeited.

You also acknowledge that funds associated with your In-Store Credits will be held by GoDaddy and will not accrue or pay interest for your behalf. To the extent any interest may

☐ Contact Us

GoDaddy and will not accrue or pay interest for your benefit. To the extent any interest may accrue, you agree that GoDaddy is entitled to receive and keep any such amounts to cover costs associated with supporting the In-Store Credits functionality.

### (G) EXPIRED DOMAIN NAME PURCHASES

For expired domain names purchased through your account, you agree that you are responsible for payment within forty-eight (48) hours of auction close for the successful bid amount plus the one (1) year renewal or transfer fee (from the end of the domain name's previous registration period), plus ICANN fee, if applicable, or any valid payment method associated with the account, will be charged on the third day following the auction close. If we are unable to collect payment, you may lose the rights to purchase the domain name.

### (H) ROUND UP FOR CHARITY

If you participate in Round Up for Charity, you hereby authorize GoDaddy to either 1) donate an amount selected by you, or 2) round up your transaction to the nearest dollar and donate 100% of the difference, to a small business relief fund ("*Donation*\*"). GoDaddy will take reasonable steps to ensure your Donation is properly disbursed, in our sole discretion, to qualifying small businesses negatively impacted by the COVID-19 pandemic and will not withhold any Donation made by you through Round Up For Charity. You understand your Donation is not eligible for a refund or in-store credit.

### (I) BUY NOW PAY LATER OPTIONS

Use of a "**buy now pay later**" option such as an installment payment or financing is subject to the following terms and conditions. You acknowledge and agree that GoDaddy shall not be liable to you or any third party regarding any interest, late fee, other amount, collection effort, or change in credit score that arises out of or relates to the buy now pay later option. You further agree that repayment of a buy now pay later option may be governed by your agreement with a third party. Any representation that GoDaddy makes regarding a repayment term related to a buy now pay later option is for convenience only. A repayment term such as a required down payment, late fee, or interest might vary or be subject to change, and is in the control of a third party. Notwithstanding the foregoing, GoDaddy shall not be responsible or otherwise liable to you or any third party for disclosing or failing to disclose any repayment term, which you are responsible for determining.

Certain installment payment options will only apply to a selected Service term, which may auto-renew for the full amount unless you manually renew the Service term with a subsequent installment payment.

### (J) GENERAL TERMS REGARDING PAYOUTS FROM GODADDY

⌑ Contact Us

GoDaddy will make any payment(s) owed to you to the payment method of your choice.

GoDaddy will make any payment(s) owed to you to the payment method of your choice, subject to the terms below ("**Payout(s)**"). In order to receive a Payout from GoDaddy, you will need to set up a payee and assign it to your account.

Set up a Payee Account

Fees. A list of supported payment methods, applicable fees, and minimum payment thresholds are published here:

Payee Account Information

If for any reason GoDaddy is unable to process your Payout for the full amount owed, or if GoDaddy receives notification of a reversal or payment dispute, or is charged a penalty for any Payout, you agree that GoDaddy may pursue all available lawful remedies regarding such fees. Typical administrative or processing fee scenarios include, but are not limited to recouping any and all costs and fees, including the cost of Services, incurred by GoDaddy as the result of failed Payouts or other payment disputes brought by you, your bank or Payout processor. These administrative fees or processing fees will be deducted from any amounts due or directly debited from your Payout account.

Fee Changes. GoDaddy reserves the right to change its prices and fees at any time, and such changes shall be posted online at this Site and effective immediately without need for further notice to you.

**15. ADDITIONAL RESERVATION OF RIGHTS**

GoDaddy expressly reserves the right to access any Account and any data hosted by You through the services, as well as the right to deny, cancel, terminate, suspend, lock, or modify access to (or control of) any Account or Services (including the right to cancel or transfer any domain name registration) for any reason (as determined by GoDaddy in its sole and absolute discretion), including but not limited to the following: (i) to correct mistakes made by GoDaddy in offering or delivering any Services (including any domain name registration), (ii) to protect the integrity and stability of, and correct mistakes made by, any domain name registry or registrar, (iii) to assist with our fraud and abuse detection and prevention efforts, (iv) to comply with court orders against you and/or your domain name or website and applicable local, state, national and international laws, rules and regulations, (v) to comply with requests of law enforcement, including subpoena requests, (vi) to comply with any dispute resolution process, (vii) to defend any legal action or threatened legal action without consideration for whether such legal action or threatened legal action is eventually determined to be with or without merit, (viii) to avoid any civil or criminal liability on the part of GoDaddy, its officers, directors, employees and agents, as well as G          Contact Us including, but not limited to, instances where you have sued or threatened to sue GoDaddy,

or (ix) to respond to an excessive amount of complaints related in any way to your Account, domain name(s), or content on your website that could result in damage to GoDaddy's business, operations, reputation or shareholders.

GoDaddy expressly reserves the right to review every Account for excessive space and bandwidth utilization, and to terminate or apply additional fees to those Accounts that exceed allowed levels.

GoDaddy expressly reserves the right to terminate, without notice to you, any and all Services where, in GoDaddy's sole discretion, you are harassing or threatening GoDaddy and/or any of GoDaddy's employees.

_GoDaddy Content._ Except for User Content, the content on this Site and within the Services, including without limitation GoDaddy data and the text, software, scripts, source code, API, graphics, photos, sounds, music, videos and interactive features and the trademarks, service marks, logos contained on this Site and within the Services ("**GoDaddy Content**"), are owned by or licensed to GoDaddy in perpetuity, and are subject to copyright, trademark, and/or patent protection in the United States and foreign countries, and other intellectual property rights under United States and foreign laws. GoDaddy Content is provided to you "as is", "as available" and "with all faults" for your information and personal, non-commercial use only and may not be downloaded, copied, reproduced, distributed, transmitted, broadcast, displayed, sold, licensed, or otherwise exploited for any purposes whatsoever without the express prior written consent of GoDaddy. No right or license under any copyright, trademark, patent, or other proprietary right or license is granted by this Agreement. GoDaddy reserves all rights not expressly granted in and to the GoDaddy Content, this Site and the Services, and this Agreement does not transfer ownership of any of these rights.

## 16. NO SPAM; LIQUIDATED DAMAGES

_No Spam._ We do not tolerate the transmission of spam. We monitor all traffic to and from our web servers for indications of spamming and maintain a spam abuse complaint center to register allegations of spam abuse.

We define spam as the sending of Unsolicited Commercial Email (UCE), Unsolicited Bulk Email (UBE) or Unsolicited Facsimiles (Fax), which is email or facsimile sent to recipients as an advertisement or otherwise, without first obtaining prior confirmed consent to receive these communications. This can include, but is not limited to, the following:

1. Email Messages

2. Newsgroup postings

◻ Contact Us

3. Windows system messages

4. Pop-up messages (aka "adware" or "spyware" messages)

5. Instant messages (using AOL, MSN, Yahoo or other instant messenger programs)

6. Online chat room advertisements

7. Guestbook or Website Forum postings

8. Facsimile Solicitations

9. Text/SMS Messages

We will not allow our servers and services to be used for the purposes described above. In order to use our products and services, you must abide by all applicable laws and regulations in the geographic regions in which you use and or direct the use of the Site and Services, which include but are not limited to the CAN-SPAM Act of 2003 and the Telephone Consumer Protection Act in the United States. You must also abide by this no spam policy.

Commercial advertising and/or bulk emails or faxes may only be sent to recipients who have "opted-in" to receive messages. They must include a legitimate return address and reply-to address, the sender's physical address, and an opt-out method in the footer of the email or fax. Upon request by us, conclusive proof of opt-in may be required for an email address or fax number.

If we determine the account, products, or services in question are being used in association with spam, we may re-direct, suspend, or cancel any account, web site hosting, domain registration, email boxes, or other applicable products or services. In such event, at our election, we may require you to respond by email to us stating that you will cease to send spam and/or have spam sent on your behalf and to require a non-refundable reactivation fee to be paid before the site, email boxes, and/or services are reactivated.

We encourage all customers and recipients of email generated from our products and services to report suspected spam. Suspected abuse can be reported by email or through our Spam Abuse Complaint Center.

_Liquidated Damages._ You agree that we may immediately terminate any Account which we believe, in our sole and absolute discretion, is transmitting or is otherwise connected with any spam or other unsolicited bulk email. In addition, if actual damages cannot be reasonably calculated then you agree to pay us liquidated damages in the amount of $1.00 for each piece of spam or unsolicited bulk email transmitted from or ot    ⊡ Contact Us with your Account.

## 17. TRADEMARK AND/OR COPYRIGHT CLAIMS

GoDaddy supports the protection of intellectual property. If you would like to submit (i) a trademark claim for violation of a mark on which you hold a valid, registered trademark or service mark, or (ii) a copyright claim for material on which you hold a bona fide copyright, please refer to GoDaddy's Trademark and/or Copyright Infringement Policy referenced above.

## 18. LINKS TO THIRD-PARTY WEBSITES

This Site and the Services found at this Site may contain links to third-party websites that are not owned or controlled by GoDaddy. GoDaddy assumes no responsibility for the content, terms and conditions, privacy policies, or practices of any third-party websites. In addition, GoDaddy does not censor or edit the content of any third-party websites. By using this Site or the Services found at this Site, you expressly release GoDaddy from any and all liability arising from your use of any third-party website. Accordingly, GoDaddy encourages you to be aware when you leave this Site or the Services found at this Site and to review the terms and conditions, privacy policies, and other governing documents of each other website that you may visit.

## 19. DISCLAIMER OF REPRESENTATIONS AND WARRANTIES

YOU SPECIFICALLY ACKNOWLEDGE AND AGREE THAT YOUR USE OF THIS SITE AND THE SERVICES FOUND AT THIS SITE SHALL BE AT YOUR OWN RISK AND THAT THIS SITE AND THE SERVICES FOUND AT THIS SITE ARE PROVIDED "AS IS", "AS AVAILABLE" AND "WITH ALL FAULTS". GODADDY, ITS OFFICERS, DIRECTORS, EMPLOYEES, AGENTS, AND ALL THIRD PARTY SERVICE PROVIDERS DISCLAIM ALL WARRANTIES, STATUTORY, EXPRESS OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, ANY IMPLIED WARRANTIES OF TITLE, MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE AND NON-INFRINGEMENT. GODADDY, ITS OFFICERS, DIRECTORS, EMPLOYEES, AND AGENTS MAKE NO REPRESENTATIONS OR WARRANTIES ABOUT (I) THE ACCURACY, COMPLETENESS, OR CONTENT OF THIS SITE, (II) THE ACCURACY, COMPLETENESS, OR CONTENT OF ANY SITES LINKED (THROUGH HYPERLINKS, BANNER ADVERTISING OR OTHERWISE) TO THIS SITE, (III) THE SERVICES FOUND AT THIS SITE OR ANY SITES LINKED (THROUGH HYPERLINKS, BANNER ADVERTISING OR OTHERWISE) TO THIS SITE, AND/OR (IV) ANY ACTION OR FAILURE TO ACT BY GODADDY CONSISTENT WITH THE TERMS OF THIS AGREEMENT, AND GODADDY ASSUMES NO LIABILITY OR RESPONSIBILITY FOR THE SAME.

IN ADDITION, YOU SPECIFICALLY ACKNOWLEDGE AND AGREE THAT OUTPUTS INCLUDING TEXT, LOGOS, NAMES, SLOGANS, ETC. HAVE NOT BEEN REVIEWED FOR ACCURACY OR INTELLECTUAL PROPERTY CLEARANCE. GODADDY

▢ Contact Us

REVIEWED FOR ACCURACY OR INTELLECTUAL PROPERTY CLEARANCE. GODADDY MAKES NO REPRESENTATION, WARRANTY OR GUARANTEE AS TO THE ACCURACY, RELIABILITY, WHETHER OUTPUTS MAY INFRINGE ON THIRD-PARTY INTELLECTUAL PROPERTY RIGHTS, ETC. YOU SHOULD SEEK INDEPENDENT PROFESSIONAL LEGAL ADVICE BEFORE YOU RELY ON ANY AUTO-GENERATE OUTPUT.

YOU SPECIFICALLY ACKNOWLEDGE AND AGREE THAT NO ORAL OR WRITTEN INFORMATION OR ADVICE PROVIDED BY GODADDY, ITS OFFICERS, DIRECTORS, EMPLOYEES, OR AGENTS (INCLUDING WITHOUT LIMITATION ITS CALL CENTER OR CUSTOMER SERVICE REPRESENTATIVES), AND THIRD PARTY SERVICE PROVIDERS WILL (I) CONSTITUTE LEGAL OR FINANCIAL ADVICE OR (II) CREATE A WARRANTY OF ANY KIND WITH RESPECT TO THIS SITE OR THE SERVICES FOUND AT THIS SITE, AND USERS SHOULD NOT RELY ON ANY SUCH INFORMATION OR ADVICE.

THE FOREGOING DISCLAIMER OF REPRESENTATIONS AND WARRANTIES SHALL APPLY TO THE FULLEST EXTENT PERMITTED BY LAW, AND SHALL SURVIVE ANY TERMINATION OR EXPIRATION OF THIS AGREEMENT OR YOUR USE OF THIS SITE OR THE SERVICES FOUND AT THIS SITE.

## 20. LIMITATION OF LIABILITY

IN NO EVENT SHALL GODADDY, ITS OFFICERS, DIRECTORS, EMPLOYEES, AGENTS, AND ALL THIRD PARTY SERVICE PROVIDERS, BE LIABLE TO YOU OR ANY OTHER PERSON OR ENTITY FOR ANY DIRECT, INDIRECT, INCIDENTAL, SPECIAL, PUNITIVE, OR CONSEQUENTIAL DAMAGES WHATSOEVER, INCLUDING ANY THAT MAY RESULT FROM (I) THE ACCURACY, COMPLETENESS, OR CONTENT OF THIS SITE, (II) THE ACCURACY, COMPLETENESS, OR CONTENT OF ANY SITES LINKED (THROUGH HYPERLINKS, BANNER ADVERTISING OR OTHERWISE) TO THIS SITE, (III) THE SERVICES FOUND AT THIS SITE OR ANY SITES LINKED (THROUGH HYPERLINKS, BANNER ADVERTISING OR OTHERWISE) TO THIS SITE, (IV) PERSONAL INJURY OR PROPERTY DAMAGE OF ANY NATURE WHATSOEVER, (V) THIRD-PARTY CONDUCT OF ANY NATURE WHATSOEVER, (VI) ANY UNAUTHORIZED ACCESS TO OR USE OF OUR SERVERS AND/OR ANY AND ALL CONTENT, PERSONAL INFORMATION, FINANCIAL INFORMATION OR OTHER INFORMATION AND DATA STORED THEREIN, (VII) ANY INTERRUPTION OR CESSATION OF SERVICES TO OR FROM THIS SITE OR ANY SITES LINKED (THROUGH HYPERLINKS, BANNER ADVERTISING OR OTHERWISE) TO THIS SITE, (VIII) ANY VIRUSES, WORMS, BUGS, TROJAN HORSES, OR THE LIKE, WHICH MAY BE TRANSMITTED TO, FROM, OR THROUGH, THIS SITE OR THE SERVICES (INCLUDING ANY SITES OR SERVICES LINKED TO THIS SITE OR THE SERVICES (WHETHER THROUGH HYPERLINKS, BANNER ADVERTISING OR OTHERWISE) AND/OR ANY REMOVAL OR ATTEMPTED REMOVAL THEREOF, (IX) ANY REVIF    ⊡ Contact Us ACCESS TO, AND/OR MODIFICATION OF THE SERVICES USED BY YOU, INCLUDING BUT NOT LIMITED TO ANY HOSTED ENVIRONMENT, (X) ANY USER CONTENT OR CONTENT

NOT LIMITED TO ANY HOSTED ENVIRONMENT, (X) ANY USER CONTENT OR CONTENT THAT IS DEFAMATORY, HARASSING, ABUSIVE, HARMFUL TO MINORS OR ANY PROTECTED CLASS, PORNOGRAPHIC, "X-RATED", OBSCENE OR OTHERWISE OBJECTIONABLE, (XI) ANY LOSS OR DAMAGE OF ANY KIND INCURRED AS A RESULT OF YOUR USE OF THIS SITE OR THE SERVICES FOUND AT THIS SITE, WHETHER BASED ON WARRANTY, CONTRACT, TORT, OR ANY OTHER LEGAL OR EQUITABLE THEORY, AND WHETHER OR NOT GODADDY IS ADVISED OF THE POSSIBILITY OF SUCH DAMAGES, AND/OR (XII) ANY AUTO-GENERATED OUTPUTS CREATED USING THE SERVICES.

IN ADDITION, YOU SPECIFICALLY ACKNOWLEDGE AND AGREE THAT IN NO EVENT SHALL GODADDY'S TOTAL AGGREGATE LIABILITY EXCEED $10,000.00 U.S. DOLLARS.

THE FOREGOING LIMITATION OF LIABILITY SHALL APPLY TO THE FULLEST EXTENT PERMITTED BY LAW, AND SHALL SURVIVE ANY TERMINATION OR EXPIRATION OF THIS AGREEMENT OR YOUR USE OF THIS SITE OR THE SERVICES FOUND AT THIS SITE.

## 21. INDEMNITY

You agree to protect, defend, indemnify and hold harmless GoDaddy and its officers, directors, employees, agents, and third party service providers from and against any and all claims, demands, costs, expenses, losses, liabilities and damages of every kind and nature (including, without limitation, reasonable attorneys' fees) imposed upon or incurred by GoDaddy directly or indirectly arising from (i) your use of and access to this Site or the Services found at this Site; (ii) your violation of any provision of this Agreement or the policies or agreements which are incorporated herein; and/or (iii) your violation of any third-party right, including without limitation any intellectual property or other proprietary right. The indemnification obligations under this section shall survive any termination or expiration of this Agreement or your use of this Site or the Services found at this Site.

## 22. COMPLIANCE WITH LOCAL LAWS

GoDaddy makes no representation or warranty that the content available on this Site or the Services found at this Site are appropriate in every country or jurisdiction, and access to this Site or the Services found at this Site from countries or jurisdictions where its content is illegal is prohibited. Users who choose to access this Site or the Services found at this Site are responsible for compliance with all local laws, rules and regulations.

## 23. DISPUTES, BINDING INDIVIDUAL ARBITRATION AND WAIVER OF CLASS ACTIONS AND CLASS ARBITRATIONS

PLEASE READ THIS SECTION CAREFULLY. FOLLOW THE INSTRUCTIONS BELOW IF YOU WISH TO OPT OUT OF THE PROVISIONS REQUIRING YOU TO RESOL' ⌨ Contact Us THROUGH INDIVIDUAL ARBITRATION.

(A) *Disputes.* The terms of this Section shall apply to all Disputes between you and GoDaddy, except for disputes governed by the Uniform Domain Name Dispute Resolution Policy referenced above. For the purposes of this Section, "Dispute" shall mean any dispute, claim, or action between you and GoDaddy arising under or relating to any GoDaddy Services or Products, GoDaddy's websites, this Agreement, or any other transaction involving you and GoDaddy, whether in contract, warranty, misrepresentation, fraud, tort, intentional tort, statute, regulation, ordinance, or any other legal or equitable basis, and shall be interpreted to be given the broadest meaning allowable under law. YOU AND GODADDY AGREE THAT "DISPUTE" AS DEFINED IN THIS AGREEMENT SHALL NOT INCLUDE ANY CLAIM OR CAUSE OF ACTION BY YOU OR GODADDY FOR (I) TRADE SECRET MISAPPROPRIATION, (II) PATENT INFRINGEMENT, (III) COPYRIGHT INFRINGEMENT OR MISUSE, AND (IV) TRADEMARK INFRINGEMENT OR DILUTION. Moreover, notwithstanding anything else in this Agreement, you agree that a court, not the arbitrator, may decide if a claim falls within one of these four exceptions.

(B) *Binding Arbitration.* You and GoDaddy further agree: (i) to arbitrate all Disputes between the parties pursuant to the provisions in this Agreement; (ii) this Agreement memorializes a transaction in interstate commerce; (iii) the Federal Arbitration Act (9 U.S.C. §1, et seq.) governs the interpretation and enforcement of this Section; and (iv) this Section shall survive termination of this Agreement. ARBITRATION MEANS THAT YOU WAIVE YOUR RIGHT TO A JUDGE OR JURY IN A COURT PROCEEDING AND YOUR GROUNDS FOR APPEAL ARE LIMITED. The arbitrator may award you the same damages as a court sitting in proper jurisdiction, as limited by the Limitation of Liability set forth in Section 20 of this Agreement and may award declaratory or injunctive relief only in favor of the individual party seeking relief and only to the extent necessary to provide relief warranted by that party's individual claim. In addition, in some instances, the costs of arbitration could exceed the costs of litigation and the right to discovery may be more limited in arbitration than in court. The decision of the arbitrator shall be final and enforceable by any court with jurisdiction over the parties.

(C) *Small Claims Court.* Notwithstanding the foregoing, you may bring an individual action in the small claims court of your state or municipality if the action is within that court's jurisdiction and is pending only in that court.

(D) *Dispute Notice.* In the event of a Dispute, you or GoDaddy must first send to the other party a notice of the Dispute that shall include a written statement that sets forth the name, address and contact information of the party giving it, the facts giving rise to the Dispute, and the relief requested (the "**Dispute Notice**"). The Dispute Notice to GoDaddy must be addressed to: GoDaddy, 100 S. Mill Ave, Tempe, AZ 85281, Attn.: Lega⬚⬚ 🗨 **Contact Us** "**GoDaddy Notice Address**"). The Dispute Notice to you will be sent by certified mail to the most recent address we have on file or otherwise in our records for you. If GoDaddy and you

most recent address we have on file or otherwise in our records for you. If GoDaddy and you do not reach an agreement to resolve the Dispute within sixty (60) days after the Dispute Notice is received, you or GoDaddy may commence an arbitration proceeding pursuant to this Section. Following submission and receipt of the Dispute Notice, each of us agrees to act in good faith to seek to resolve the Dispute before commencing arbitration.

(E) *WAIVER OF CLASS ACTIONS AND CLASS ARBITRATIONS*. YOU AND GODADDY AGREE THAT EACH PARTY MAY BRING DISPUTES AGAINST THE OTHER PARTY ONLY IN AN INDIVIDUAL CAPACITY, AND NOT AS A PLAINTIFF OR CLASS MEMBER IN ANY PURPORTED CLASS OR REPRESENTATIVE PROCEEDING, INCLUDING WITHOUT LIMITATION FEDERAL OR STATE CLASS ACTIONS, OR CLASS ARBITRATIONS. NEITHER YOU NOR GODADDY WILL SEEK TO HAVE ANY DISPUTE HEARD AS A CLASS ACTION, PRIVATE ATTORNEY GENERAL ACTION, OR IN ANY OTHER PROCEEDING IN WHICH EITHER PARTY ACTS OR PROPOSES TO ACT IN A REPRESENTATIVE CAPACITY. NO ARBITRATION OR OTHER PROCEEDING WILL BE COMBINED WITH ANOTHER WITHOUT THE PRIOR WRITTEN CONSENT OF ALL PARTIES TO ALL AFFECTED ARBITRATIONS OR PROCEEDINGS.

(F) *Arbitration Procedure*. If a party elects to commence arbitration, the arbitration will be administered by the American Arbitration Association ("**AAA**") and governed by the Consumer Arbitration Rules of the AAA ("**AAA Rules**") in conjunction with the rules set forth in this Agreement, except that AAA may not administer any multiple claimant or class arbitration, as the parties agree that the arbitration shall be limited to the resolution only of individual claims. The AAA Rules are at www.adr.org or by calling 1-800-778-7879. If there is a conflict between the AAA Rules and the rules set forth in this Agreement, the rules set forth in this Agreement shall govern. You may, in arbitration, seek any and all remedies otherwise available to you pursuant to federal, state, or local laws, as limited by the Limitation of Liability set forth in Section 20 of this Agreement. All Disputes shall be resolved by a single neutral arbitrator, and both parties shall have a reasonable opportunity to participate in the selection of the arbitrator. The arbitrator is bound by this Agreement. The arbitrator, and not any federal, state or local court or agency, shall have exclusive authority to resolve all disputes arising out of or relating to the interpretation, applicability, enforceability or formation of this Agreement, including, but not limited to, any claim that all or any part of this Agreement is void or voidable. The arbitrator shall also have exclusive authority to rule on his or her own jurisdiction, including any objections with respect to the existence, scope, or validity of the arbitration agreement or to the arbitrability of any claim or counterclaim. Notwithstanding this broad delegation of authority to the arbitrator, a court may determine the limited question of whether a claim or cause of action is for (i) trade secret misappropriation, (ii) patent infringement, (iii) copyright infringement or ~~~~~~~ or (iv) trademark infringement or dilution, which are excluded from the defini ☐ **Contact Us** stated above. The arbitrator shall be empowered to grant whatever relief would be available

in a court under law or in equity. The arbitrator's award shall be binding on the parties and may be entered as a judgment in any court of competent jurisdiction. You may choose to engage in arbitration hearings by telephone. Arbitration hearings not conducted by telephone shall take place in a location reasonably accessible from your primary residence (or principal place of business if you are a small business), or in Maricopa County, Arizona, at your option.

(G) *Initiation of Arbitration Proceeding.* If either you or GoDaddy decide to arbitrate a Dispute, we agree to the following procedure:

     i. Write a Demand for Arbitration. The demand must include a description of the Dispute and the amount of damages sought to be recovered. You can find a copy of a Demand for Arbitration at www.adr.org ("Demand for Arbitration: Consumer Arbitration Rules").

     ii. Send one copy of the Demand for Arbitration to AAA by mail at American Arbitration Association Case Filing Services 1101 Laurel Oak Road, Suite 100 Voorhees, NJ 08043.

     iii. Send one copy of the Demand for Arbitration to the other party at the same address as the Dispute Notice, or as otherwise agreed to by the parties.

(H) *Hearing Format.* In all hearing formats, the arbitrator shall issue a written decision that explains the essential findings and conclusions on which an award, if any, is based. During the arbitration, the amount of any settlement offer made by GoDaddy or you shall not be disclosed to the arbitrator until after the arbitrator determines the amount, if any, to which you or GoDaddy is entitled. The discovery or exchange of non-privileged information relevant to the Dispute may be allowed during the arbitration.

(I) *Arbitration Fees and Payments.*

     i. Disputes involving $75,000.00 or less. GoDaddy will promptly reimburse your filing fees and pay the AAA's and arbitrator's fees and expenses. If you reject GoDaddy's last written settlement offer made before the arbitrator was appointed ("GoDaddy's last written offer"), your dispute goes all the way to an arbitrator's decision (called an "award"), and the arbitrator awards you more than GoDaddy's last written offer, GoDaddy will: (i) pay the greater of the award or $1,000.00; (ii) pay twice your reasonable attorney's fees, if any; and (iii) reimburse any expenses (including expert witness fees and costs) that your attorney reasonably accrues for investigating, preparing, and pursuing your claim in arbitration. The arbitrator will determine the amount of fees, costs, and expenses unless you and GoDaddy agree on them.

     ii. Disputes involving more than $75,000.00. The AAA rules will govern payment of filing fees and the AAA's and arbitrator's fees and expenses.

     iii. Disputes involving any amount. In any arbitration you commence, GoDaddy will seek

🗨 Contact Us

iii. Disputes involving any amount. In any arbitration you commence, GoDaddy will seek its AAA or arbitrator's fees and expenses, or your filing fees it reimbursed, only if the arbitrator finds the arbitration frivolous or brought for an improper purpose. In any arbitration GoDaddy commences, GoDaddy will pay all filing, AAA, and arbitrator's fees and expenses. GoDaddy will not seek its attorney's fees or expenses from you in any arbitration. Fees and expenses are not included in determining the amount in dispute.

(J) *Claims or Disputes Must be Filed Within One Year.* To the extent permitted by law, any claim or dispute to which this Section applies must be filed within one year in small claims or in arbitration. The one-year period begins when the claim or Notice of Dispute first could be filed. If not filed within one year, the claim or dispute will be permanently barred.

(K) *30-Day Opt-out Period.* IF YOU DO NOT WISH TO BE BOUND BY THE ARBITRATION PROVISION IN THIS DISPUTES SECTION, YOU MUST NOTIFY GODADDY BY E-MAILING LEGALOPTOUT@GODADDY.COM WITHIN 30 DAYS OF THE DATE THAT YOU ACCEPT THE TERMS OF THIS AGREEMENT (UNLESS A LONGER PERIOD IS REQUIRED BY APPLICABLE LAW). In the e-mail, you must provide your (a) first name, (b) last name, (c) address, (d) phone number, and (e) account number(s) and state the following: "I wish to opt out of the arbitration provision contained in GoDaddy's Universal Terms of Service Agreement." By providing your information in the method above, you are opting out of the agreement to arbitrate contained in GoDaddy's Universal Terms of Service. Your opt-out request will only be valid if made within thirty (30) days of first accepting the Universal Terms of Service. In the event that you opt-out consistent with the procedure set forth above, all other terms contained herein shall continue to apply, including those related to the applicable governing law and the court(s) in which legal disputes may be brought.

(L) *Amendments to this Section.* Notwithstanding any provision in this Agreement to the contrary, you and GoDaddy agree that if GoDaddy makes any future amendments to the dispute resolution procedure and class action waiver provisions (other than a change to GoDaddy's address) in this Agreement, GoDaddy will notify you and you will have thirty (30) days from the date of notice to affirmatively opt-out of any such amendments. If you affirmatively opt-out of any future amendments, you are agreeing that you will arbitrate any Dispute between us in accordance with the language of this Section as stated in these current Terms, without any of the proposed amendments governing. If you do not affirmatively opt-out of any future amendments, you will be deemed to have consented to any such future amendments.

(M) *Severability.* If any provision in this Section is found to be unenforceable, that provision shall be severed with the remainder of this Agreement remaining in full force and effect. The foregoing shall not apply to the prohibition against class or representat··· prohibition against class or representative actions is found to be unenfo··· Section shall be null and void. The terms of this Section shall otherwise survive any

🗩 Contact Us

termination of this Agreement.

(N) *Exclusive Venue for Other Controversies.* GoDaddy and you agree that any controversy excluded from the dispute resolution procedure and class action waiver provisions in this Section (other than an individual action filed in small claims court) shall be filed only in the Superior Court of Maricopa County, Arizona, or the United States District Court for the District of Arizona, and each party hereby irrevocably and unconditionally consents and submits to the exclusive jurisdiction of such courts for any such controversy. You also agree to waive the right to trial by jury in any such action or proceeding.

## 24. UNCLAIMED PROPERTY; MAINTENANCE CHARGES

Please be advised that if a customer has an outstanding account balance (a credit positive balance) whether in In-Store Credits, a Good as Gold Account or otherwise, for three (3) years or more for any reason, then GoDaddy shall turn over such account balance to the applicable U.S. state in accordance with state law.

You acknowledge and agree that we will deem In-Store Credits inactive if they are both 12 months old and have not been used to pay for a Service or fee. In the case of inactive In-Store Credits, GoDaddy may, as permitted by law, withhold a monthly maintenance charge from the available In-Store Credits in an amount equal to the lesser of $25.00 or the total In-Store Credis available on the date of the maintenance charge. If there are no In-Store Credits available we will not apply further maintenance charges. We may apply the maintenance charge to In-Store Credits without prior notice to you.

## 25. SUCCESSORS AND ASSIGNS

This Agreement shall be binding upon and inure to the benefit of the parties hereto and their respective heirs, successors and assigns.

## 26. NO THIRD-PARTY BENEFICIARIES

Nothing in this Agreement shall be deemed to confer any third-party rights or benefits.

## 27. U.S. EXPORT LAWS

This Site and the Services found at this Site are subject to the export laws, restrictions, regulations and administrative acts of the United States Department of Commerce, Department of Treasury Office of Foreign Assets Control ("**OFAC**"), State Department, and other United States authorities (collectively, "**U.S. Export Laws**"). Users shall not use the Services found at this Site to collect, store or transmit any technical information or data that is controlled under U.S. Export Laws. Users shall not export or re-expo. or re-export of, the Services found at this Site in violation of any U.S. Export Laws. None of

[] Contact Us

the Services found at this Site may be downloaded or otherwise exported or re-exported (i) into (or to a national or resident of) any country with which the United States has embargoed trade; or (ii) to anyone on the U.S. Treasury Department's list of Specially Designated Nationals or the U.S. Commerce Department's Denied Persons List, or any other denied parties lists under U.S. Export Laws. By using this Site and the Services found at this Site, you agree to the foregoing and represent and warrant that you are not a national or resident of, located in, or under the control of, any restricted country; and you are not on any denied parties list; and you agree to comply with all U.S. Export Laws (including "anti-boycott", "deemed export" and "deemed re-export" regulations). If you access this Site or the Services found at this Site from other countries or jurisdictions, you do so on your own initiative and you are responsible for compliance with the local laws of that jurisdiction, if and to the extent those local laws are applicable and do not conflict with U.S. Export Laws. If such laws conflict with U.S. Export Laws, you shall not access this Site or the Services found at this Site. The obligations under this section shall survive any termination or expiration of this Agreement or your use of this Site or the Services found at this Site.

## 28. TITLES AND HEADINGS; INDEPENDENT COVENANTS; SEVERABILITY

The titles and headings of this Agreement are for convenience and ease of reference only and shall not be utilized in any way to construe or interpret the agreement of the parties as otherwise set forth herein. Each covenant and agreement in this Agreement shall be construed for all purposes to be a separate and independent covenant or agreement. If a court of competent jurisdiction holds any provision (or portion of a provision) of this Agreement to be illegal, invalid, or otherwise unenforceable, the remaining provisions (or portions of provisions) of this Agreement shall not be affected thereby and shall be found to be valid and enforceable to the fullest extent permitted by law.

## 29. ENGLISH LANGUAGE CONTROLS

This Agreement, along with all policies and the applicable product agreements identified above and incorporated herein by reference (collectively, the "**Agreement**"), is executed in the English language. To the extent any translation is provided to you, it is provided for convenience purposes only, and in the event of any conflict between the English and translated version, where permitted by law, the English version will control and prevail. Where the translated version is required to be provided to you and is to be considered binding by law (i) both language versions shall have equal validity, (ii) each party acknowledges that it has reviewed both language versions and that they are substantially the same in all material respects, and (iii) in the event of any discrepancy between these two versions, the translated version may prevail, provided that the intent of the Parties has been fully taken into consideration.                    ⬛ Contact Us

## 30. CONTACT INFORMATION

If you have any questions about this Agreement, please contact us by email or regular mail at the following address:

GoDaddy Legal Department
100 S. Mill Ave
Suite 1600
Tempe. AZ 85281 USA
legal@godaddy.com

     Legal        Agreements        Universal Terms Of Service Agreement

⌨ Contact Us

**About GoDaddy**                                                                +

**Help Center**                                                                   +

**Resources**                                                                     +

**Partner Programs**                                                              +

**Account**                                                                       +

**Shopping**                                                                      +

**United States - English**          **USD $**

•              •              •              •              •

Legal    Privacy Policy    Cookies

Do not share my personal information

Copyright © 1999 - 2024 GoDaddy Operating Company, LLC. All Rights Reserved. The GoDaddy word mark is a
registered trademark of GoDaddy Operating Company, LLC in the US and other countries. The "GO" logo is a
registered trademark of GoDaddy.com, LLC in the US.

Use of this Site is subject to express terms of use. By using this site, you signify that you agree to be bound by these
Universal Terms of Service.

⊡ **Contact Us**

# EXHIBIT C

**Domains    Websites    Email**

Contact Us

# GoDaddy - DOMAIN NAME PROXY AGREEMENT

Last Revised: 4/1/2024

PLEASE READ THIS AGREEMENT CAREFULLY, AS IT CONTAINS IMPORTANT INFORMATION REGARDING YOUR LEGAL RIGHTS AND REMEDIES.

The Universal Terms of Service Agreement sets forth the general terms and conditions of your use of the Site and the Services. This Domain Name Proxy Agreement (this "**Service Agreement**") governs your use of GoDaddy's domain privacy related services ("**DBP Services**"). Capitalized terms used in this Service Agreement, but not defined, are defined in the Universal Terms of Service Agreement.

You further agree to abide by the terms and conditions promulgated by the Internet Corporation for Assigned Names and Numbers ("ICANN") (including the Uniform Domain Name Dispute Resolution Policy ("**Dispute Resolution Policy**") and Your Registrar (i.e., the ICANN-accredited person or entity through which You register a domain name).

## 1. DESCRIPTION OF GODADDY'S PRIVATE REGISTRATION SERVICES

When You subscribe to GoDaddy's private registration service through a GoDaddy-affiliated Registrar, GoDaddy will display its contact information in the publicly available "Whois" directory in place of Your information. GoDaddy shall keep Your name, postal address, email address, phone and fax numbers confidential, subject to Section 4 of this Agreement. The following information (and not Your personal information) will be made publicly available in the "Whois" directory as determined by ICANN policy:

    i. GoDaddy's name as the proxy Registrant of the domain name and a proxy email address, phone number and postal address for the proxy Registrant's contact information;

    ii. A proxy postal address and phone number for the domain name registration's technical contact;

    iii. A proxy email address, postal address and phone number for the domain name registration's administrative contact;

    iv. A proxy email address, postal address and phone number for the domain's name registration's billing contact;

    v. The primary and secondary domain name servers You designate    💬 **Contact Us**

    vi. The domain name's original date of registration and expiration date of the registration;

and

vii. The identity of the Registrar.

## 2 . FULL BENEFITS OF COMAIN REGISTRATION RETAINED BY YOU

Although GoDaddy will show in the "Whois" directory as the Registrant of each domain name registration You designate, You will retain the full benefits of domain name registration with respect to each such domain name registration, including, subject to Section 4 below:

i. The right to sell, transfer or assign each domain name registration, which shall require cancellation of the DBP Services associated with each such domain name registration;

ii. The right to control the use of each domain name registration, including designating the primary and secondary domain name servers to which each domain name points;

iii. The right to cancel each domain name registration;

iv. The right to cancel the DBP Services associated with each domain name registration and/or Your privacy services with GoDaddyso that Your contract information is listed in the "Whois" directory; and

v. The right to renew each domain name registration upon its expiration, subject to Your Registrar's applicable rules and policies.

## 3 . PERSONAL INFORMATION AND YOUR NOTIFICATION OBLIGATIONS; REPRESENTATION AND WARRANTIES; ACCOUNT SECURITY

### Personal Information and Your Notification Obligations

You agree that for each domain name for which you use DBP Services, You will provide accurate and current information as to:

i. Your name, the email address, postal address, phone and fax numbers for the domain name registration's Registrant contact;

ii. The email address, postal address, phone and fax numbers for the domain name registration's technical contact;

iii. The email address, postal address, phone and fax numbers for the domain name registration's administrative contact;

iv. The email address, postal address, phone and fax numbers for the domain name registration's billing contact; and

v. You agree to provide government issued photo identification and,    ⌨ **Contact Us**
business identification as required for verification of identity when requested.

**You agree to:**

    i. Notify GoDaddywithin three (3) calendar days when any of the personal information You provided upon subscribing to DBP Services, changes;

    ii. Respond within three (3) calendar days to any inquiries made by GoDaddy to determine the validity of personal information provided by You; and

    iii. Timely respond to email messages GoDaddy sends to You regarding correspondence GoDaddy has received that is either addressed to or involves You and/or Your domain name registration, as more fully set forth in Section 5(c) below.

    iv. To allow GoDaddy to act as your Designated Agent (as that term is defined below) in instances when DBP Services are added to or cancelled from your domain name and for the purpose of facilitating a change of registrant request (as further described below).

    v. As required by ICANN or for certain ccTLDs (.ag, .am, .at, .au, .be, .ca, .cl, .cn, .de, .dk, .es, .fi, .fm, .fr, .gg, .gr, .gs, .in, .it, .jp, .kr, .ms, .my, .nl, .no, .nu, .ph, .pl, .pt, .ru, .sc, .se, .sg, .tc, .tk, .tw, .us, .vg, .co.nz, .net.nz, .org.nz, .com.tw, .org.tw, .idv.tw, .com.cn, .net.cn, .org.cn, .jobs, .eu, .com.ag, .net.ag, .org.ag, .com.pl, .net.pl, .org.pl, .biz.pl, .info.pl, .com.sc, .net.sc, .org.sc, .com.au, .net.au, .com.br, .co.jp, .com.sg, .com.ph, .co.za, .co.in, .com.pt, .org.au, .net.in, .org.in, .firm.in, .gen.in, .ind.in, .com.my, .gov.co, .com.es, .com.ve, .org.ve, .com.gr, .net.my, .nom.es, .org.es, .net.br, .org.co, .co.kr, .org.my, .com.ru, .net.ru, .org.ru, .co.ve, .info.ve, .net.ve, .web.ve, .ne.kr, .net.ph, .org.ph, .nyc, .vote, .law, .blackfriday, .hiv, .tattoo, .voto, .pics, .sydney, .flowers, .lol, .amsterdam, .hiphop, .juegos, .link, .guitars, .gift, .click, .nrw, .property, .diet, .help, .sexy, .mom, .audio, .game, .christmas, .photo, .hosting, .melbourne, .re.kr), we are restricted/prohibited from using Domains By Proxy (i.e., Private or Proxy data) for domains under these TLDs. Your information may be made publicly available by the registry operator via Whois or its successor protocol (collectively referred to as the "Whois" Directory) that is beyond, and not subject to, GoDaddy's control.

It is Your responsibility to keep Your personal information current and accurate at all times.

**Renewals**

You agree GoDaddy will arrange for Your Registrar to charge the credit card You have on file with the Registrar, at the Registrar's then current rates.

If for any reason GoDaddy and/or the Registrar for Your domain name is unable to charge Your credit card for the full amount of the service provided, or if GoDa    ⊡ **Contact Us** Registrar is charged back for any fee it previously charged to the credit card You provided,

You agree that GoDaddy and/or the Registrar may, without notice to You, pursue all available remedies in order to obtain payment, including but not limited to immediate cancellation of all services GoDaddy provides to You.

## Representations and Warranties

You warrant that all information provided by You to GoDaddy is truthful, complete, current and accurate. You also warrant that You are using GoDaddy's private registration services in good faith and You have no knowledge of Your domain name infringing upon or conflicting with the legal rights of a third party or a third party's trademark or trade name. You also warrant the domain name being registered by GoDaddy on Your behalf will not be used in connection with any illegal activity, or in connection with the transmission of Spam, or that contains or installs any viruses, worms, bugs, Trojan horses or other code, files or programs designed to, or capable or, disrupting, damaging or limiting the functionality of any software or hardware.

## Account Security

You agree You are entirely responsible for maintaining the confidentiality of Your customer number/login ID and password ("Account Access Information"). You agree to notify GoDaddy immediately of any unauthorized use of Your account or any other breach of security. You agree GoDaddy will not be liable for any loss that You may incur as a result of someone else using Your Account Access Information, either with or without Your knowledge. You further agree You could be held liable for losses incurred by GoDaddy or another party due to someone else using Your Account Access Information. For security purposes, You should keep Account Access Information in a secure location and take precautions to prevent others from gaining access to Your Account Access Information. You agree that You are entirely responsible for all activity in Your account, whether initiated by You, or by others. GoDaddy specifically disclaims liability for any activity in Your account, regardless of whether You authorized the activity.

## Designated Agency and Change of Registrant Information

"DESIGNATED AGENT" MEANS AN INDIVIDUAL OR ENTITY THAT THE PRIOR REGISTRANT OR NEW REGISTRANT EXPLICITLY AUTHORIZES TO APPROVE A CHANGE OF REGISTRANT REQUEST ON ITS BEHALF. IN THE CASE OF DBP SERVICES, A CHANGE OF REGISTRANT REQUEST MAY ALSO ARISE DUE TO INSTANCES WHERE DBP SERVICES ARE ADDED, OR REMOVED, FROM A DOMAIN NAME. FOR THE PURPOSE OF FACILITATING ANY SUCH CHANGE REQUEST, AND IN ACCORDANCE WITH ICANN'S CHANGE OF REGISTRANT POLICY, YOU AGREE TO APPOINT GODADDY AS YOUR FOR THE SOLE PURPOSE OF EXPLICITLY CONSENTING TO MATERIAL CHANGES OF REGISTRATION CONTACT INFORMATION ON YOUR BEHALF.

⌐⌐ Contact Us

REGISTRATION CONTACT INFORMATION ON YOUR BEHALF.

## 4 . GODADDY'S RIGHTS TO DENY, SUSPEND, TERMINATE SERVICE AND TO DISCLOSE YOUR PERSONAL INFORMATION

You understand and agree that GoDaddy has the absolute right and power, in its sole discretion and without any liability to You whatsoever, to:

   i. Cancel the privacy service (which means that Your information will be available in the "Whois" directory) and/or reveal Your name and personal information that You provided to GoDaddy

      A. When required by law, in the good faith belief that such action is necessary in order to conform to the edicts of the law or in the interest of public safety;

      B. To comply with legal process served upon GoDaddy or in response to a reasonable threat of litigation against GoDaddy (as determined by GoDaddy in its sole and absolute discretion); or

      C. To comply with ICANN rules, policies, or procedures.

   ii. Resolve any and all third party claims, whether threatened or made, arising out of Your use of a domain name for which GoDaddy is the registrant listed in the "Whois" directory on Your behalf; or

   iii. Take any other action GoDaddy deems necessary:

      A. In the event you breach any provision of this Agreement or the GoDaddy Anti-Spam Policy;

      B. To protect the integrity and stability of, and to comply with registration requirements, terms, conditions and policies of, the applicable domain name Registry and/or Registry Provider;

      C. To comply with any applicable laws, government rules or requirements, subpoenas, court orders or requests of law enforcement;

      D. To comply with ICANN's Dispute Resolution Policy or ICANN's Change of Registrant Policy;

      E. To avoid any financial loss or legal liability (civil or criminal) on the part of GoDaddy, its parent companies, subsidiaries, affiliates, shareholders, agents, officers, directors and employees;

      F. If the domain name for which GoDaddy is the registrant on Your behalf violates or infringes a third party's trademark, trade name or other leg

      ⌨ **Contact Us**

      G. If it comes to GoDaddy's attention that You are using GoDaddy's services in a

manner (as determined by GoDaddy in its sole and absolute discretion) that:

- Is illegal, or promotes or encourages illegal activity;

- Promotes, encourages, or engages in the exploitation of children, or any activity related to the proliferation of child sexual abuse material (CSAM);

- Promotes, encourages or engages in terrorism, violence against people, animals, or property;

- Promotes, encourages or engages in any spam or other unsolicited bulk email, or computer or network hacking or cracking;

- Violates the Ryan Haight Online Pharmacy Consumer Protection Act of 2008 or similar legislation, or promotes, encourages or engages in the sale or distribution of prescription medication without a valid prescription;

- Infringes on the intellectual property rights of another User or any other person or entity;

- Violates the privacy or publicity rights of another User or any other person or entity, or breaches any duty of confidentiality that you owe to another User or any other person or entity;

- Interferes with the operation of GoDaddy services;

- Contains or installs any viruses, worms, bugs, Trojan horses or other code, files or programs designed to, or capable of, disrupting, damaging or limiting the functionality of any software or hardware; or

- Contains false or deceptive language, or unsubstantiated or comparative claims, regarding GoDaddy or its services.

You further understand and agree that if GoDaddy is named as a defendant in, or investigated in anticipation of, any legal or administrative proceeding arising out of Your domain name registration or Your use of GoDaddy's services, Your private registration service may be canceled, which means the domain name registration will revert back to You and Your identity will therefore be revealed in the Whois directory as Registrant.

In the event:

i. GoDaddy takes any of the actions set forth in subsection i, ii, or iii above or section 5; and/or

ii. You elect to cancel GoDaddy's services for any reason --     🗨 Contact Us

Neither GoDaddy nor your Registrar will refund any fees paid by You whatsoever

Neither GoDaddy nor your Registrar will refund any fees paid by You whatsoever.

## 5 . COMMUNICATIONS FORWARDING

### a. Correspondence Forwarding

Inasmuch as GoDaddy's name, postal address and phone number will be listed in the Whois directory, You agree GoDaddy will review and forward communications addressed to Your domain name that are received via email, certified or traceable courier mail (such as UPS, FedEx, or DHL), or first class U.S. postal mail. You specifically acknowledge GoDaddy will not forward to You first class postal mail (other than legal notices), "junk" mail or other unsolicited communications (whether delivered through email, fax, postal mail or telephone), and You further authorize GoDaddy to either discard all such communications or return all such communications to sender unopened. You agree to waive any and all claims arising from Your failure to receive communications directed to Your domain name but not forwarded to You by GoDaddy.

### b. Email Forwarding

The Whois directory requires an email address for every purchased domain name registration. When You purchase a private domain registration, GoDaddy creates a private email address for that domain name, "@domainsbyproxy.com". Thereafter, when messages are sent to that private email address, GoDaddy handles them according to the email preference You selected for that particular domain name. You have three (3) email preferences from which to choose. You can elect to:

    i. Have all of the messages forwarded;

    ii. Have all of the messages filtered for Spam and then forwarded; or

    iii. Have none of the messages forwarded.

As with all communications, You agree to waive any and all claims arising from Your failure to receive email directed to Your domain name but not forwarded to You by GoDaddy.

### c. Notifications Regarding Correspondence and Your Obligation to Respond

When GoDaddy receives certified or traceable courier mail or legal notices addressed to Your domain name, in most cases, GoDaddy will attempt to forward the mail to you via email. If You do not respond to the GoDaddy email and/or the correspondence GoDaddy has received regarding Your domain name registration concerns a dispute of any kind or otherwise requires immediate disposition, GoDaddy may immediately reveal You    ▢ **Contact Us** cancel the GoDaddy private registration service regarding either the domain name

registration(s) in question. This means the Whois directory will revert to displaying Your name, postal address, email address and phone number that you provided to GoDaddy.

**d. Additional Administrative Fees**

GoDaddy reserves the right to charge You reasonable "administrative fees" or "processing fees" for (i) tasks GoDaddy may perform outside the normal scope of its Services, (ii) additional time and/or costs GoDaddy may incur in providing its Services, and/or (iii) Your non-compliance with the Agreement (as determined by GoDaddy in its sole and absolute discretion). Typical administrative or processing fee scenarios include, but are not limited to, (i) customer service issues that require additional personal time and attention; (ii) disputes that require accounting or legal services, whether performed by GoDaddy staff or by outside firms retained by GoDaddy; (iii) recouping any and all costs and fees, including the cost of DBP Services, incurred by GoDaddy as the result of chargebacks or other payment disputes brought by You, Your bank or Payment Method processor. These administrative fees or processing fees will be billed to the Payment Method You have on file with Your Registrar.

You agree to waive the right to trial by jury in any proceeding that takes place relating to or arising out of this Agreement.

## 6 . LIMITATIONS OF LIABILITY

UNDER NO CIRCUMSTANCES SHALL GODADDY BE LIABLE FOR ANY DIRECT, INDIRECT, INCIDENTAL, PUNITIVE, SPECIAL, OR CONSEQUENTIAL DAMAGES FOR ANY REASON WHATSOEVER RELATED TO THIS AGREEMENT, YOUR DOMAIN NAME REGISTRATION, DBP SERVICES, USE OR INABILITY TO USE THE GODADDY WEBSITE OR THE MATERIALS AND CONTENT OF THE WEBSITE OR ANY OTHER WEBSITES LINKED TO THE GODADDY WEBSITE OR YOUR PROVISION OF ANY PERSONALLY IDENTIFIABLE INFORMATION TO GODADDY OR ANY THIRD PARTY. THIS LIMITATION APPLIES REGARDLESS OF WHETHER THE ALLEGED LIABILITY IS BASED ON CONTRACT, TORT, WARRANTY, NEGLIGENCE, STRICT LIABILITY OR ANY OTHER BASIS, EVEN IF GODADDY HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES OR SUCH DAMAGES WERE REASONABLY FORESEEABLE. BECAUSE CERTAIN JURISDICTIONS DO NOT PERMIT THE LIMITATION OR ELIMINATION OF LIABILITY FOR CONSEQUENTIAL OR INCIDENTAL DAMAGES, GODADDY'S LIABILITY IN SUCH JURISDICTIONS SHALL BE LIMITED TO THE SMALLEST AMOUNT PERMITTED BY LAW.

YOU FURTHER UNDERSTAND AND AGREE THAT GODADDY DISCLAIMS ANY LOSS OR LIABILITY RESULTING FROM:

    i. THE INADVERTENT DISCLOSURE OR THEFT OF YOUR PERSON⬚

🗩 Contact Us

    ii. ACCESS DELAYS OR INTERRUPTIONS TO OUR WEBSITE OR THE WEBSITES OF OUR

ii. ACCESS DELAYS OR INTERRUPTIONS TO OUR WEBSITE OR THE WEBSITES OF OUR AFFILIATED REGISTRARS;

iii. DATA NON-DELIVERY OF MIS-DELIVERY BETWEEN YOU AND GODADDY;

iv. THE FAILURE FOR WHATEVER REASON TO RENEW A PRIVATE DOMAIN NAME REGISTRATION;

v. THE UNAUTHORIZED USE OF YOUR GODADDY ACCOUNT OR ANY OF DBP SERVICES;

vi. ERRORS, OMISSIONS OR MISSTATEMENTS BY GODADDY;

vii. DELETION OF, FAILURE TO STORE, FAILURE TO PROCESS OR ACT UPON EMAIL MESSAGES FORWARDED TO EITHER YOU OR YOUR PRIVATE DOMAIN NAME REGISTRATION;

viii. PROCESSING OF UPDATED INFORMATION REGARDING YOUR GODADDY ACCOUNT; AND/OR

ix. ANY ACT OR OMISSION CAUSED BY YOU OR YOUR AGENTS (WHETHER AUTHORIZED BY YOU OR NOT).

## 7 . INDEMNITY

You agree to release, defend, indemnify and hold harmless GoDaddy, its parent companies, subsidiaries, affiliates, shareholders, agents, directors, officers and employees and Your Registrar, from and against any and all claims, demands, liabilities, losses, damages or costs, including reasonable attorneys' fees, arising out of or related in any way to this Agreement, the services provided hereunder by GoDaddy, the GoDaddy website, Your account with GoDaddy, Your use of Your domain name registration, and/or disputes arising in connection with the dispute policy.

## 8 . GODADDY WARRANTY DISCLAIMER

GODADDY, ITS PARENT COMPANIES, SUBSIDIARIES, AFFILIATES, SHAREHOLDERS, AGENTS, DIRECTORS, OFFICERS, AND EMPLOYEES EXPRESSLY DISCLAIM ALL REPRESENTATIONS AND WARRANTIES OF ANY KIND IN CONNECTION WITH THIS AGREEMENT, THE SERVICE PROVIDED HEREUNDER, THE GODADDY WEBSITE OR ANY WEBSITES LINKED TO THE GODADDY WEBSITE, WHETHER EXPRESS OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, THE IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE AND NON-INFRINGEMENT. ALL DBP SERVICES, AS WELL AS THE GODADDY WEBSITE, ARE PROVIDED "AS IS". YOUR SUBSCRIPTION TO AND USE OF DBP SERVICES AND ITS WEBSITE ARE ENTIRELY AT YOUR RISK. SOME JURISDICTIONS DO NOT ALLOW THE DISCLAIMER OF IMPLIED WAR                          ⌨ Contact Us
EVENT THE FOREGOING DISCLAIMER MAY NOT APPLY TO YOU.

## 9 .COPYRIGHT AND TRADEMARK

You understand and agree that all content and materials contained in this Agreement, the Privacy Policy and the GoDaddy website, are protected by the various copyright, patent, trademark, service mark and trade secret laws of the United States, as well as any other applicable proprietary rights and laws, and that GoDaddy expressly reserves its rights in and to all such content and materials.

You further understand and agree You are prohibited from using, in any manner whatsoever, any of the afore-described content and materials without the express written permission of GoDaddy. No license or right under any copyright, patent, trademark, service mark or other proprietary right or license is granted to You or conferred upon You by this Agreement or otherwise.

## 10 . MISCELLANEOUS PROVISIONS

### a. Severability; Construction; Entire Agreement

If any part of this Agreement shall be held to be illegal, unenforceable or invalid, in whole or in part, such provision shall be modified to the minimum extent necessary to make it legal, enforceable and valid, and the legality, enforceability and validity of the remaining provisions of this Agreement shall not be affected or impaired. The headings herein will not be considered a part of this Agreement. You agree this Agreement, including the policies it incorporates by reference, constitute the complete and only Agreement between You and GoDaddy regarding the services contemplated herein.

### f. Term of Agreement; Survival

The terms of this Agreement shall continue in full force and effect as long as GoDaddy is the Registrant for any domain name on Your behalf. Sections 5 (Communications Forwarding), 6 (Limitation of Liability), 7 (Indemnity), 8 (Warranty Disclaimer) and 10 (Miscellaneous Provisions) shall survive any termination or expiration of this Agreement.

### b. Governing Law; Venue; Waiver Of Trial By Jury

This Agreement shall be governed in all respects by the laws and judicial decisions of Maricopa County, Arizona, excluding its conflicts of laws rules. Except as provided immediately below, You agree that any action relating to or arising out of this Agreement, shall be brought exclusively in the courts of Maricopa County, Arizona. For the adjudication of domain name registration disputes, you agree to submit to the exclu...  venue of the U.S. District Court for the District of Arizona located in Phoenix, Arizona. You agree to waive the right to trial by jury in any proceeding, regardless of venue, that takes

Contact Us

agree to waive the right to trial by jury in any proceeding, regardless of venue, that takes place relating to or arising out of this Agreement.

## c. Notices

All notices from GoDaddy to You will be sent to the email address You provided to GoDaddy. Notices by email shall be deemed effective twenty-four (24) hours after the email is sent by GoDaddy, unless GoDaddy receives notice that the email address is invalid, in which event GoDaddy may give You notice via first class or certified mail, return receipt requested. All notices from You to GoDaddy shall be sent via certified mail, return receipt requested or traceable courier to:

Domains By Proxy, LLC
100 S. Mill Ave
Suite 1600
Tempe. AZ 85281 USA

Notices sent via certified mail or traceable courier shall be deemed effective five (5) days after the date of mailing.

## d. Insurance

In the unlikely event You lose Your domain name registration to a third party solely as a result of GoDaddy's negligent actions (and absent fraud or other negligent or willful misconduct committed by a third party), You may be insured against such loss through GoDaddy's Professional Liability Insurance Policy, which is currently underwritten by American International Insurance Company. Of course, every claim is subject to the then-carrier's investigation into the facts and circumstances surrounding such claim. In the event You have reason to believe that circumstances exist which warrant the filing of an insurance claim, please send a written notice (specifying the basis for such claim), via certified mail, return receipt requested, to:

GoDaddy
Attn: Insurance Claims
100 S. Mill Ave
Suite 1600
Tempe. AZ 85281 USA

## e. Indemnification

In the unlikely event You lose Your domain name registration to a third      💬 **Contact Us**
result of GoDaddy's willful misconduct, Your Registrar (the "Indemnifying Party") will

indemnify and hold You harmless against any losses, damages or costs (including reasonable attorneys' fees) resulting from any claim, action, proceeding, suit or demand arising out of or related to the loss of Your domain name registration. Such indemnification obligations under this Section 10(e) are conditioned upon the following:

i. That You promptly give both GoDaddy and the Indemnifying Party written notice of the claim, demand, or action and provide reasonable assistance to the Indemnifying Party, at its cost and expense, in connection therewith, and

ii. That the Indemnifying Party has the right, at its option, to control and direct the defense to any settlement of such claim, demand, or action.

Any notice concerning indemnification shall, with respect to GoDaddy, be sent in accordance with Section 10(c) of this Agreement. With respect to Your Registrar, notices regarding indemnification should be sent in accordance with the notification provisions contained in Your Registrar's Domain Name Registration Agreement.

Legal      Agreements      Domain Name Proxy Agreement

Contact Us

**About GoDaddy**                                                                    +

**Help Center**                                                                      +

**Resources**                                                                        +

**Partner Programs**                                                                 +

**Account**                                                                          +

**Shopping**                                                                         +

**United States - English**          **USD $**

•          •          •          •          •

Legal     Privacy Policy     Cookies

Do not share my personal information

Copyright © 1999 - 2024 GoDaddy Operating Company, LLC. All Rights Reserved. The GoDaddy word mark is a
registered trademark of GoDaddy Operating Company, LLC in the US and other countries. The "GO" logo is a
registered trademark of GoDaddy.com, LLC in the US.

Use of this Site is subject to express terms of use. By using this site, you signify that you agree to be bound by these
Universal Terms of Service.

Contact Us