# EXHIBIT 2

**RM WARNER, PLC**
8283 N. Hayden Road, Suite 229
Scottsdale, Arizona 85258
Michael B. Dvoren, Esq. (AZ Bar # 027386)
Email: Michael@rmwarnerlaw.com
Raeesabbas Mohamed, Esq. (AZ Bar #027418)
Email: Raees@rmwarnerlaw.com
Tel: 480-331-9397
Fax: 1-866-961-4984
*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Bad Dragon Enterprises, Inc., a Nevada Corporation, <br><br> Plaintiff, <br><br> v. <br><br> SinSaint, Inc., a New York Corporation <br><br> Defendant. | No. 2:24-cv-00609-SRB <br><br> **DECLARATION OF MICHAEL EVEREST** |

I, Michael Everest, hereby declare, pursuant to 28 U.S.C. § 1746, that:

1.      I am over the age of 18, have personal knowledge of all matters set forth herein, and could and would testify competently thereto if called as a witness.

2.      I submit this declaration in support of Plaintiff Bad Dragon Enterprises, Inc.'s ("**Bad Dragon**") response in opposition to Defendant SinSaint, Inc.'s ("**SinSaint**") Motion to Dismiss for Lack of Personal Jurisdiction and Improper Venue or to Transfer (Doc. 20).

3.      I am domiciled in Arizona, and I am a resident of Phoenix, Arizona.

4.      I am a personal friend of Bad Dragon's CFO, Mike Sullivan.

5.      On July 24, 2024, Mr. Sullivan asked me if I would be willing to make a

1    test purchase of a few random products from SinSaint's website, to learn what payment

2    options SinSaint provides to its customers during the checkout process, and to learn

3    whether or not SinSaint ships its products to Arizona customers.

4    6.    On July 25, 2024, I visited SinSaint's website, https://sinsaint.com/ (the

5    "**Website**"), and selected two random items to purchase, a "Rechargeable Bullet

6    Vibrator" for $15.00, and a "Reptile Plug Set" for $75.00.

7    7.    I used the Website's checkout process to add these two items to a digital

8    shopping cart, and I then proceeded to "checkout" to complete my purchase.

9    8.    Accurate and complete screenshots showing the checkout process I went

10    through to complete my July 25, 2024 purchase, are attached to this Declaration as

11    **Exhibit A**.

12    9.    The screenshots shown in Exhibit A are redacted to protect my personally

13    identifiable information, but unredacted copies will be provided to the Court and to

14    SinSaint's counsel upon request.

15    10.    As the screenshots in Exhibit A show, I paid a total of $108.05 for my July

16    25, 2024 purchase, including paying an additional $18.05 to have the items shipped to

17    me using USPS Priority Mail. *See id.*

18    11.    Although the last screenshot in Exhibit A says "Credit/Debit Card" just to

19    the right to "Payment Method," I actually paid for the items using PayPal, as shown in

20    the fourth screenshot under the header "PAYMENT DETAILS." *Id.*

21    12.    As the last screenshot also shows, the Website assigned "Order ID #1437"

22    to my purchase. *Id.*

23    13.    The next day (July 26, 2024), I received an email from SinSaint stating that

24    "your order has been shipped!"  An accurate and complete screenshot of this email is

25    attached to this Declaration as **Exhibit B**.

26    14.    The screenshot shown in Exhibit B is redacted to protect my private email

27

28

address, but an unredacted copy will be provided to the Court and to SinSaint's counsel upon request.

15.    That email included the USPS tracking number (9405 5111 0550 1924 5301 58), so that I could track the package.

16.    I received the package a few days later on July 29, 2024, at my home address in Phoenix, Arizona.

17.    A photo I took of the outer shipping box, showing USPS tracking number 9405 5111 0550 1924 5301 58, is attached to this Declaration as **Exhibit C**.

18.    The photo shown in Exhibit C is redacted to protect my private home address, but an unredacted copy will be provided to the Court and to SinSaint's counsel upon request.

19.    Additionally, a copy of the "USPS Tracking® Results" accessed and printed from https://www.usps.com on August 1, 2024, is attached to this Declaration as **Exhibit D**.

20.    As Exhibit D shows, the package was delivered to my mailbox on July 29, 2024 at 11:03am.


I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 03 , 2024.

                                                          Michael Everest

3

# EXHIBIT A

SIN SAINT

SHOP ALL PRODUCTS   DILDOS   PLUGS   ACCESSORIES   TESTERS

# SHOPPING CART

🏠 / Shopping Cart

Each SinSaint toy is made to order in 2-3 business days and will be shipped with the selected service after manufacturing period.

| Image | Product Name | Model | Quantity | Unit Price | Total |
|-------|-------------|-------|----------|-----------|-------|
| | Rechargeable Bullet Vibrator | Rechargeable Bullet Vibrator | 1 | $15.00 | $15.00 |
| | Reptile Plug Set<br>Color: Dark Purple<br>Firmness: Flexible | ReptileSet-DP-Flex | 1 | $75.00 | $75.00 |

+ Use Coupon Code

+ Estimate Shipping & Taxes

| | |
|---|---|
| Sub-Total: | $90.00 |
| Priority Mail: | $18.05 |
| Total: | $108.05 |

Enter your destination to get a shipping estimate.

Country *    [ United States ]

Region / State *    [ Arizona ]

Post Code    [ 85050 ]

Get Quotes →

— Use Gift Certificate

Enter your gift certificate code here    [ Enter your gift certificate code here ]    Apply Gift Certificate

← Continue Shopping                    Checkout →

## YOU MIGHT LIKE



Astro
$85.00
Add to Cart  ♡  ⟳

## OTHER PEOPLE BOUGHT

Vac-U-Lock Suction Cup
$29.00
Add to Cart  ♡  ⟳

Recently Viewed    Most Viewed

Reptile Plug Set
$75.00

Eggy Plug Set
$75.00

Astro
$85.00

Rechargeable Bullet Vibrator
$15.00

Devils Tester Set
$10.00
★★★★★

## CUSTOMER SERVICE

> Terms of Service
> Privacy Policy
> Return Policy
> Returns

## MY ACCOUNT

> My Account
> Order History
> Newsletter

## NEWSLETTER

Stay up to date with news and promotions by signing up for our newsletter

[ Your email ]    ✉ Send

Captcha

SIN

SIN SAINT

SHOP ALL PRODUCTS    DILDOS    PLUGS    ACCESSORIES    TESTERS

QUICK CHECKOUT

🏠 / Shopping Cart / Checkout

Each SinSaint toy is made to order in 2-3 business days and will be shipped with the selected service after manufacturing period.

## LOGIN OR REGISTER

○ Login   ● Register   ○ Guest

## YOUR PERSONAL DETAILS

First Name *
Michael

Last Name *
Everest

E-Mail *
████████████

Telephone
████████

Password *
••••••••

Password Confirm *
••••••••

## BILLING ADDRESS

Company
Company

Address 1 *
████████████

Address 2
Address 2

City *
Phoenix

Post Code *
85050

Country *
United States

Region / State *
Arizona

☑ My delivery and billing addresses are the same.

## SHIPPING METHOD

🚚 Fedex
○ Standard Overnight - $48.65
○ Fedex 2 Day - $36.29
○ Fedex Express Saver - $31.11
○ Fedex Ground - $12.03

🚚 United Parcel Service
○ UPS 3 Day Select - $58.97
○ UPS Next Day Air - $151.57
○ UPS 2nd Day Air - $73.63
○ UPS Ground - $23.64

🚚 United States Postal Service
● Priority Mail - $18.05

## COUPON / VOUCHER / REWARD

Enter your coupon here
[Enter your coupon here]  Submit

Enter your gift certificate code here
[Enter your gift certificate code here]  Submit

## PAYMENT METHOD

💳 ● Credit / Debit Card

## PAYMENT DETAILS

Choose a way to pay

💳 Card
PayPal PayPal
PayPal Credit
G Pay Google Pay

## SHOPPING CART

| Image | Product Name | Model | Quantity | Unit Price | Total |
|---|---|---|---|---|---|
| | Rechargeable Bullet Vibrator | Rechargeable Bullet Vibrator | 1 | $15.00 | $15.00 |
| | Reptile Plug Set Color: Dark Purple Firmness: Flexible | ReptileSet-DP-Flex | 1 | $75.00 | $75.00 |

Sub-Total: $90.00
Priority Mail: $18.05
Total: $108.05

## CONFIRM YOUR ORDER

[Add Comments About Your Order]

☑ I wish to subscribe to the SinSaint newsletter.
☐ I have read and agree to the Terms of Service

Confirm Order →

### YOU MIGHT LIKE



Astro
$85.00
Add to Cart

### OTHER PEOPLE BOUGHT

Vac-U-Lock Suction Cup
$29.00
Add to Cart

Recently Viewed    Most Viewed

**First Name** *
Michael

**Last Name** *
Everest

**E-Mail** *
[redacted]

**Telephone**
[redacted]

**Password** *
••••••••

**Password Confirm** *
••••••••

## BILLING ADDRESS

**Company**
Company

**Address 1** *
[redacted]

**Address 2**
Address 2

**City** *
Phoenix

**Post Code** *
85050

**Country** *
United States

**Region / State** *
Arizona

☑ My delivery and billing addresses are the same.

---

○ Fedex 2 Day - $36.29

○ Fedex Ground - $12.03

**United Parcel Service**
○ UPS 3 Day Select - $58.97
○ UPS Next Day Air - $151.57
○ UPS 2nd Day Air - $73.63
○ UPS Ground - $23.64

**United States Postal Service**
● Priority Mail - $18.05

## COUPON / VOUCHER / REWARD

Enter your coupon here    [Enter your coupon here]    Submit

Enter your gift certificate code here    [Enter your gift certificate code here]    Submit

## PAYMENT DETAILS

| Pay with card | VISA  MasterCard  UnionPay  AMEX  JCB  DISCOVER |

Card number
•••• •••• •••• ••••

Expiry date (MM/YY)    Security code (3 digits)    Postcode
MM/YY                   •••

Choose another way to pay

## SHOPPING CART

| Image | Product Name | Model | Quantity | Unit Price | Total |
|-------|-------------|-------|----------|-----------|-------|
| | Rechargeable Bullet Vibrator | Rechargeable Bullet Vibrator | 1 | $15.00 | $15.00 |
| | Reptile Plug Set  Color: Dark Purple  Firmness: Flexible | ReptileSet-DP-Flex | 1 | $75.00 | $75.00 |

| Sub-Total: | $90.00 |
| Priority Mail: | $18.05 |
| Total: | $108.05 |

## CONFIRM YOUR ORDER

[Add Comments About Your Order]

☑ I wish to subscribe to the SinSaint newsletter.
☐ I have read and agree to the Terms of Service

Confirm Order →

---

Astro
$85.00
Add to Cart

## OTHER PEOPLE BOUGHT



Vac-U-Lock Suction Cup
$29.00
Add to Cart

SIN SAINT

SHOP ALL PRODUCTS    DILDOS    PLUGS    ACCESSORIES    TESTERS

# QUICK CHECKOUT

Home / Shopping Cart / Checkout

Each SinSaint toy is made to order in 2-3 business days and will be shipped with the selected service after manufacturing period.

## YOU MIGHT LIKE



Astro
$85.00
Add to Cart

## OTHER PEOPLE BOUGHT



Vac-U-Lock Suction Cup
$29.00
Add to Cart

## LOGIN OR REGISTER

○ Login    ● Register    ○ Guest

## SHIPPING METHOD

**Fedex**
○ Standard Overnight - $48.65
○ Fedex 2 Day - $36.29
○ Fedex Express Saver - $31.11
○ Fedex Ground - $12.03

**United Parcel Service**
○ UPS 3 Day Select - $58.97
○ UPS Next Day Air - $151.57
○ UPS 2nd Day Air - $73.63
○ UPS Ground - $23.64

**United States Postal Service**
● Priority Mail - $18.05

## PAYMENT METHOD

● Credit / Debit Card

## YOUR PERSONAL DETAILS

First Name *
Michael

Last Name *
Everest

E-Mail *
[redacted]

Telephone
[redacted]

Password *
••••••••

Password Confirm *
••••••••

## COUPON / VOUCHER / REWARD

Enter your coupon here
[Enter your coupon here]    Submit

Enter your gift certificate code here
[Enter your gift certificate code here]    Submit

## PAYMENT DETAILS

Paying with PayPal    Edit

PayPal    ✓

Choose another way to pay

## BILLING ADDRESS

Company
[Company]

Address 1 *
[redacted]

Address 2
[Address 2]

City *
Phoenix

Post Code *
85050

Country *
United States

Region / State *
Arizona

☑ My delivery and billing addresses are the same.

## SHOPPING CART

| Image | Product Name | Model | Quantity | Unit Price | Total |
|---|---|---|---|---|---|
| | Rechargeable Bullet Vibrator | Rechargeable Bullet Vibrator | 1 ↻ ✕ | $15.00 | $15.00 |
| | Reptile Plug Set\nColor: Dark Purple\nFirmness: Flexible | ReptileSet-DP-Flex | 1 ↻ ✕ | $75.00 | $75.00 |

| | |
|---|---|
| Sub-Total: | $90.00 |
| Priority Mail: | $18.05 |
| Total: | $108.05 |

SIN SAINT

SHOP ALL PRODUCTS   DILDOS   PLUGS   ACCESSORIES   TESTERS

# YOUR ORDER HAS BEEN PLACED!

🏠 / Shopping Cart / Checkout / Success

Your order has been successfully processed!

You can view your order history by going to the my account page and by clicking on history.

If your purchase has an associated download, you can go to the account downloads page to view them.

Please direct any questions you have to the store owner.

Thanks for shopping with us online!

Order Details 

**Order ID:** #1437

**Date Added:** 07/25/2024
**Payment Method:** Credit / Debit Card
**Shipping Method:** Priority Mail

Payment Address

Michael Everest

Phoenix, Arizona 85050
United States

Shipping Address

Michael Everest

Phoenix, Arizona 85050
United States

| Product Name | Model | Quantity | Price | Total |
|---|---|---|---|---|
| Reptile Plug Set<br>- Firmness: Flexible<br>- Color: Dark Purple | ReptileSet-DP-Flex | 1 | $75.00 | $75.00 |
| Rechargeable Bullet Vibrator | Rechargeable Bullet Vibrator | 1 | $15.00 | $15.00 |
| | | | **Sub-Total** | $90.00 |
| | | | **Priority Mail** | $18.05 |
| | | | **Total** | $108.05 |

Continue →

**Recently Viewed**   Most Viewed


Reptile Plug Set
$75.00


Eggy Plug Set
$75.00


Astro
$85.00


Rechargeable Bullet Vibrator
$15.00


Devils Tester Set
$10.00
★★★★★

SIN SAINT

**CUSTOMER SERVICE**
› Terms of Service
› Privacy Policy
› Return Policy
› Returns
› Contact
› Site Map

**MY ACCOUNT**
› My Account
› Order History
› Newsletter

**NEWSLETTER**
Stay up to date with news and promotions by signing up for our newsletter

Your email   ✉ Send

Captcha

Please complete the captcha *
validation below



☐ I'm not a robot
reCAPTCHA
Privacy - Terms

☐ I have read and agree to the Privacy Policy

# EXHIBIT B

6:48 ⚏ 📧 🔻
🖸 ◈ 5G UC ⏶ 95% ▮
SRB      Document 21-2      Filed 09/13
⌂    o— outlook.live.com/ma    ☆   🗗   ⋮

←             ⋯   🗑   🗃

(Buyer Name] Your order has been shipped!

**S**    SinSaint           ⋯
         To: ▇▇▇▇▇▇▇
         Fri 7/26/2024 6:16 PM

Dear Michael Everest,

Thank you for your order from **[SinSaint]**! We wanted to
let you know that your order (#1437) was shipped via
USPS, USPS Priority Mail on 7/26/2024.  You can track
your package at any time using the link below.

**Shipped To:**
Michael Everest
▇▇▇▇▇▇▇▇▇▇▇

PHOENIX, AZ 85050-3264 US

**Track Your Shipment:** 9405511105501924530158

This shipment includes the following items:

| Item # | Description | Qty |
|---|---|---|
| Rechargeable Bullet Vibrator | Rechargeable Bullet Vibrator | 1 |
| ReptileSet | Reptile Plug Set | 1 |

**Thank you for your business and we look forward to
serving you in the future!**

↶ ⌄    Reply

|||          ◯          ‹

# EXHIBIT C



US POSTAGE & FEES PAID
2 LB PRIORITY MAIL RATE
ZONE 8 NO SURCHARGE
Commercial

0625001495024 1
9082827
FROM 11224



stamps
endicia
07/26/2024

# USPS PRIORITY MAIL ®

**0003**

SinSaint
SinSaint
2201 Neptune Ave
Ste 5
BROOKLYN NY 11224-2362

SINSAINT

**SHIP TO:**   MICHAEL EVEREST

PHOENIX AZ 85050-3264

## USPS TRACKING #



9405 5111 0550 1924 5301 58

# EXHIBIT D

USPS.com® - USPS Tracking® Results      https://tools.usps.com/go/TrackConfirmAction?qtc_tLabels1=9405511...

**ALERT: FLOODING AND SEVERE WEATHER IN THE SOUTHERN AND CENTRAL U.S. MAY IM…**

## USPS Tracking®

FAQs ›

Remove ✕

**Tracking Number:**

# 9405511105501924530158

Copy      Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered in or at the mailbox at 11:03 am on July 29, 2024 in PHOENIX, AZ 85050.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

Feedback

### Delivered

**Delivered, In/At Mailbox**

PHOENIX, AZ 85050
July 29, 2024, 11:03 am

**Out for Delivery**

PHOENIX, AZ 85050
July 29, 2024, 6:10 am

**Arrived at Hub**

PHOENIX, AZ 85050
July 28, 2024, 10:39 am

**Arrived at USPS Facility**

PHOENIX, AZ 85050
July 28, 2024, 7:08 am

**Departed USPS Regional Facility**

PHOENIX AZ DISTRIBUTION CENTER ANNEX
July 28, 2024, 5:01 am

**Arrived at USPS Regional Destination Facility**

PHOENIX AZ DISTRIBUTION CENTER ANNEX
July 27, 2024, 10:25 pm

**In Transit to Next Facility**

July 27, 2024, 5:08 am

**Departed USPS Regional Facility**

METRO NY DISTRIBUTION CENTER
July 27, 2024, 4:19 am

**Arrived at USPS Regional Origin Facility**

METRO NY DISTRIBUTION CENTER
July 27, 2024, 12:01 am

**Accepted at USPS Origin Facility**

BROOKLYN, NY 11224
July 26, 2024, 10:46 pm

**Shipment Received, Package Acceptance Pending**

BROOKLYN, NY 11224
July 26, 2024, 4:47 pm

**Shipping Label Created, USPS Awaiting Item**

BROOKLYN, NY 11224
July 26, 2024, 10:01 am

**Hide Tracking History**

Feedback

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

**Text & Email Updates** ⌄

**USPS Tracking Plus®** ⌄

**Product Information** ⌃

**Postal Product:**
Priority Mail®

**Features:**
USPS Tracking®
Up to $100 insurance included. Restrictions Apply ⓘ

**See Less** ∧

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**

Feedback