Nancy R. Giles (SBN 020163)
Laura C. Martinez (SBN 031486)
**GILES LAW, PLLC**
4808 N. 22nd Street, Suite 200
Phoenix, AZ 85016
Tel: 602-222-5501
Email: ngiles@gileslegal.com
Email: lmartinez@gileslegal.com

Jason B. Lattimore (JL2434) (*pro hac vice*)
THE LAW OFFICE OF JASON B. LATTIMORE, ESQ. LLC
55 Madison Avenue, Suite 400
Morristown, NJ 07960
Tel: (973) 998-7477
Email: Jason@lattimoreLaw.com

*Attorneys for Defendant SinSaint, Inc.*

# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Bad Dragon Enterprises, Inc., a Nevada Corporation,<br><br>                    Plaintiff,<br><br>v.<br><br>SinSaint, Inc., a New York Corporation<br><br>                    Defendant. | No. 2:24-cv-00609-SRB<br><br>**SUPPLEMENTAL DECLARATION OF OLEG SEMENENKO** |

I, Oleg Semenenko, hereby certify pursuant to 28 U.S.C. § 1746 that:

1.      I submit this declaration to supplement my August 14, 2024, declaration in support of SinSaint's motion to dismiss the Complaint or to transfer the case to the Eastern District of New York.

2.      SinSaint never sold Accused Products on Etsy.com. As I stated in my original declaration, SinSaint did not sell Accused Products on any website other than SinSaint.com.

3.      I gathered Etsy sales data in connection with settlement discussions with SinSaint in June of 2024, which I understand SinSaint's attorney provided to the

plaintiff. A true and correct copy of the information I gathered is attached as Exhibit C.

4.     As reflected in Exhibit C, SinSaint had just one sale on Etsy.com between February 16, 2024 (when the account was opened) and June 16, 2024 (when I generated the report).

5.     The single sale that occurred during that time period, which was SinSaint's first sale on Etsy, was made on May 30, 2024. The sale involved the product "Arcane," which is not an Accused Product.

6.     To be clear, SinSaint had no sales of any products on Etsy prior to May 2024.

7.     SinSaint did not register the SinSaint.com domain name.

8.     Globmarble Int'l Inc., which does business under the name "Globmarble Inc." registered SinSaint.com in January of 2022, which was approximately a year and a half before SinSaint was incorporated and started doing business. A true and correct copy of the receipt for the domain registration of SinSaint.com is attached as Exhibit D (with highlighting added).

9.     Globmarble Inc. is a New York corporation.

10.    Globmarble Inc. remains the owner of the SinSaint.com domain registration.

11.    I am aware of Bad Dragon's assertion that it is suspicious of the sales information SinSaint provided to the Court and that it expected SinSaint's sales to be higher. Bad Dragon's suspicions are not correct.

12.    Prior to submitting my original declaration, I searched SinSaint's sales and shipping records multiple times to ensure that my representations to the Court in support of SinSaint's motion were accurate.

13.    SinSaint was inexperienced in the adult products industry when it launched, and I believe that inexperience contributed to the company's slow start in terms of sales.

14. The timeframe during which Accused Products were sold was also short and, in the context of online sales, the products were sold only on SinSaint.com.

15. SinSaint uploaded its products to its website in mid-2023, but in general the company did not start significant advertising until later in the year, which I believe is another reason for SinSaint's low sales during the time period reflected in the information I previously submitted. Without strong advertising, people will not find your products online.

16. As reflected in the records attached as Exhibit A to my original declaration, SinSaint's first online order of any product was on November 29, 2023, and that transaction was cancelled.

17. Less than two months later, in January 2024, we received Bad Dragon's cease-and-desist letter. In response to the letter, we removed some of the Accused Products from the website pending discussions with Bad Dragon.

18. When Bad Dragon filed this lawsuit, we removed the rest of the Accused Products.

19. Between the first order of any product and removal of all Accused Products from SinSaint.com, only approximately four months passed.

I certify under penalty of perjury that the foregoing is true and correct. Executed this 30th day of September, 2024.

_____
Oleg Semenenko

3

# EXHIBIT C





# EXHIBIT D

CONTACT US +65 6349-4240

# Receipt

№ 2022178389

---

**DATE:**
23/01/2022

**CUSTOMER #:**
48115068

**BILL TO:**
Globmarble Globmarble
2201 Neptune Ave,
Ste 5,
Brooklyn, New York 11224,
United States
Globmarble inc
+1.3474043340

**PAYMENT:**

| | |
|---|---:|
| Visa •••• 2876 | $15.16 |

| | |
|---|---:|
| **Previous Balance** | $15.16 |
| **Received Payment** | ($15.16) |
| **Balance Due (USD)** | **$0.00** |

| Term | Product | Amount |
|---|---|---:|
| 1 yr | .COM Domain Registration | $4.99 |

sinsaint.com

|  |  |  |
|---|---|---|
|  | | $11.99 |
| Discount | | −$7.00 |
| 1 yr | Full Domain Protection | $9.99 |
|  | sinsaint.com | |
| 0.226 mos | Websites + Marketing Standard US Free Trial | $0.00 |

| | |
|---|---|
| **Subtotal** | **$14.98** |
| Taxes | $0.00 |
| Fees | $0.18 |

| | |
|---|---|
| **Total (USD)** | **$15.16** |

**REFERENCE**

| | |
|---|---|
| Taxes | $0.00 |

| | |
|---|---|
| GoDaddy.com, LLC | $0.00 |

2155 E GoDaddy Way,
Tempe, Arizona 85284,
United States

| | |
|---|---|
| Fees | $0.18 |

| | | |
|---|---|---|
| 1. | ICANN | $0.18 |
| | sinsaint.com | $0.18 |

Universal Terms of Service