1  Nancy R. Giles (SBN 020163)
2  Laura C. Martinez (SBN 031486)
   **GILES LAW, PLLC**
3  4808 N. 22nd Street, Suite 200
   Phoenix, AZ 85016
4  Tel: 602-222-5501
   Email: ngiles@gileslegal.com
5  Email: lmartinez@gileslegal.com

6  Jason B. Lattimore (JL2434) (*pro hac vice*)
   THE LAW OFFICE OF JASON B. LATTIMORE, ESQ. LLC
7  55 Madison Avenue, Suite 400
   Morristown, NJ 07960
8  Tel: (973) 998-7477
   Email: Jason@lattimoreLaw.com
9

10 *Attorneys for Defendant SinSaint, Inc.*

11              **IN THE UNITED STATES DISTRICT COURT**

12                       **DISTRICT OF ARIZONA**
13

14 | Bad Dragon Enterprises, Inc., a Nevada Corporation, | No. 2:24-cv-00609-SRB |
15 | Plaintiff, | |
16 | v. | **DECLARATION OF JASON B. LATTIMORE, ESQ.** |
17 | SinSaint, Inc., a New York Corporation | |
18 | Defendant. | |
19

20       I, Jason B. Lattimore, hereby certify pursuant to 28 U.S.C. § 1746 that:

21       1.      I am counsel for the defendant in the above-captioned action, SinSaint Inc.
22 ("SinSaint").

23       2.      I submit this declaration in support of SinSaint's Motion to dismiss the
24 Complaint of the plaintiff, Bad Dragon Enterprises, Inc. ("Bad Dragon"), or to transfer
25 the action to the Eastern District of New York.

26       3.      On June 21, 2024, I sent an email settlement communication to Bad
27 Dragon's attorney Michael Dvoren responding to a prior email from Mr. Dvoren
28 regarding settlement. The "Subject" line of the email included the notation "SUBJECT

1  TO FRE 408."

2      4.    The Etsy sales information attached to the Supplemental Declaration of Oleg Semenenko as Exhibit C was attached to and referenced in my June 21, 2024, email to Mr. Dvoren.

    5.    My June 21, 2024, email to Mr. Dvoren also provided information regarding in-person sales of products during the AVN conference referenced in Plaintiff's Opposition.

    6.    One of the other issues I addressed in my June 21, 2024, email was the nomination of Defendant's "Octopus" product for "Best Sex Toy" at the AltStar Awards in Las Vegas. In response to Plaintiff's suggestion that the nomination was indicative of commercial success, I wrote:

> With respect to the AltStar nomination, the "Octopus" product is not an accused product, and SinSaint was just as surprised as you to learn of the nomination. Perhaps it was the fruit of giving product samples to social media influencers, but we truly do not know. It certainly was not from sales. Bad Dragon is the sponsor of the award, so perhaps it knows or can inquire as to how products come to be nominated. I don't think there is a need to speculate here when Bad Dragon clearly can ask.

    7.    As reflected in the screenshot below, which I obtained from the AltStar Awards website, Plaintiff is listed as the sponsor of the awards event.



2

I certify under penalty of perjury that the foregoing is true and correct.

Executed this 30th day of September, 2024.

 Jason B. Lattimore

3