AO 121 (Rev. 06/16)

| TO: | |
|---|---|
| Register of Copyrights<br>U.S. Copyright Office<br>101 Independence Ave. S.E.<br>Washington, D.C. 20559-6000 | **REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION  ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| | **United States District Court, District of Arizona** |
| DOCKET NO.<br>2:24-cv-00609-JFM | DATE FILED<br>**03-20-2024** | Sandra Day O'Connor U.S. Courthouse<br>401 W. Washington St., Suite 130, SPC 1 Phoenix, AZ 85003-2118 |

| PLAINTIFF | DEFENDANT |
|---|---|
| **Bad Dragon Enterprises, Inc., a Nevada Corporation,** | **SinSaint, Inc., a New York Corporation** |

| | COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|---|
| 1 | SEE ATTACHMENT | SEE ATTACHMENT | SEE ATTACHMENT |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY |
|---|---|
| | ☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |

| | COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | . | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED | WRITTEN OPINION ATTACHED | DATE RENDERED |
|---|---|---|
| ☑ Order   ☑ Judgment | ☐ Yes   ☑ No | 2/7/2025 |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| Debra Lucas | *Rebecca E. Kubzu* (signature) | 2/11/2025 |

DISTRIBUTION:
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

Print   Save As...   Reset

# Form AO 121 - Attachment

(*Bad Dragon Enterprises, Inc. v. SinSaint, Inc.*, Case No. 2:24-cv-00609-JFM)

| **Copyright Registration No.** | **Title of Work** | **Author of Work (and/or Copyright Claimant)** |
|---|---|---|
| VA 2-290-939 | Crackers the Cockatrice | Bad Dragon Enterprises, Inc |
| VA 2-385-877 | Fenrir the Wolf Dragon | Bad Dragon Enterprises, Inc |
| VA 2-381-597 | Kelvin the Ice Dragon | Bad Dragon Enterprises, Inc |
| VA 2-381-763 | Pretzal the Swamp Wyrm | Bad Dragon Enterprises, Inc |
| VA 2-381-697 | Razor the Doberman | Bad Dragon Enterprises, Inc |
| VA 2-381-699 | Stan the T. Rex | Bad Dragon Enterprises, Inc |
| VA 2-381-694 | Spritz the Seadragon | Bad Dragon Enterprises, Inc |
| VA 2-275-641 | IKA | Bad Dragon Enterprises, Inc |
| VA 2-290-931 | Nocturne The Enderfang | Bad Dragon Enterprises, Inc |
| VA 2-381-851 | Vergil the Drippy Dragon | Bad Dragon Enterprises, Inc |
| VA 2-381-598 | Marcel the Werecroc | Bad Dragon Enterprises, Inc |
| VA 2-381-599 | Echo's Horn | Bad Dragon Enterprises, Inc |
| VA 2-381-700 | Tyson the Water Buffalo | Bad Dragon Enterprises, Inc |