# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Bad Dragon Enterprises Incorporated,<br><br>    Plaintiff,<br><br>v.<br><br>SinSaint Incorporated,<br><br>    Defendant. | **NO. CV-24-00609-PHX-SRB**<br><br>**JUDGMENT OF DISMISSAL IN A CIVIL CASE** |

**Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's Order filed February 7, 2025, judgment of dismissal for lack of personal jurisdiction is entered. Plaintiff to take nothing, and the complaint and action are dismissed without prejudice.

                                        Debra D. Lucas
                                        District Court Executive/Clerk of Court

February 7, 2025

                                        s/ D. Draper
                              By   Deputy Clerk